TERRENCE P. MCMAHON (SBN 71910)
tmcmahon@mwe.com
FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
JUDITH S.H. HOM (SBN 203482)
jhom@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:	650 815 7400
Facsimile:	650 815 7401

Attorneys for Plaintiffs and Counterclaim-Defendants
RADWARE, LTD. AND RADWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br>F5 NETWORKS, INC., a Washington corporation,<br>　　　　　Defendant. | CASE NO. 5:13-cv-02024 RMW<br>(Related Case No. 5:13-cv-02021 RMW)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS**<br><br>**Complaint Filed: May 1, 2013**<br>**Complaint Served: May 3, 2013**<br>**Complaint Answered: July 25, 2013**<br>**F5 Amended Answer with Counterclaims: August 29, 2013**<br>**Current Radware Response to Counterclaims: September 19, 2013**<br>**New Radware Response to Counterclaims: October 21, 2013** |
| F5 NETWORKS, INC., a Washington corporation,<br>　　　　　Defendant.<br>　　　　　Counterclaim-Plaintiff,<br>　　v.<br>RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br>Counterclaim-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Local Rule 6-1, that the time for Plaintiffs and Counter-Defendants Radware Ltd. and Radware, Inc. (hereinafter "Radware") to answer, move or otherwise respond to the Counterclaims in F5 Networks, Inc.'s First Amended Answer and Counterclaims, has been extended through and including October 21, 2013, subject to the approval of this Court in consideration of the following facts:

1. WHEREAS, F5 Networks, Inc. (hereinafter "F5") was served with Radware's complaint on May 3, 2013;

2. WHEREAS, F5 answered Radware's complaint on July 25, 2013;

3. WHEREAS, F5 filed an Amended Answer with Counterclaims on August 29, 2013;

4. WHEREAS, F5 has agreed to provide Radware an extension of time until October 21, 2013 to respond to Counterclaims;

5. WHEREAS, this extension is not sought for the purpose of unnecessarily delaying this action;

6. WHEREAS, the parties have conferred and agreed on September 4, 2013, within which Radware is to file its Response to F5's counterclaims;

NOW, THEREFORE, Radware and F5, by and through their respective counsel of record, hereby stipulate and agree that Radware shall have an extension up to and including October 19, 2013 to answer, move or otherwise respond to F5's counterclaims.

SO STIPULATED this 4th day of September, 2013.

Dated: September 4, 2013

Respectfully submitted,

PERKINS COIE LLP

By: */s/ Christopher Kao*
Christopher Kao

Attorneys for Defendant
F5 NETWORKS, INC.

- 2 -

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. 5:13-CV-02024 RMW

Dated: September 4, 2013　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　McDERMOTT WILL & EMERY LLP

By:*/s/ Fabio E Marino*
　　Fabio E. Marino

Attorneys for Plaintiffs
RADWARE, LTD. AND RADWARE, INC.

I, Fabio E. Marino, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 4, 2013

　　　　　　　　　　　　　　　　　　　　　　　McDERMOTT WILL & EMERY LLP

By:*/s/ Fabio E Marino*
　　Fabio E. Marino

Attorneys for Plaintiffs
RADWARE, LTD. AND RADWARE, INC.

- 3 -

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO COUNTERCLAIMS
CASE NO. 5:13-CV-02024 RMW

| | |
|---|---|
| 1 | TERRENCE P. MCMAHON (SBN 71910)<br>tmcmahon@mwe.com |
| 2 | FABIO E. MARINO (SBN 183825)<br>fmarino@mwe.com |
| 3 | JUDITH S.H. HOM (SBN 203482)<br>jhom@mwe.com |
| 4 | NITIN GAMBHIR (SBN 259906)<br>ngambhir@mwe.com |
| 5 | BARRINGTON DYER (SBN 264762)<br>bdyer@mwe.com |
| 6 | TERI H.P. NGUYEN (SBN 267498)<br>thpnguyen@mwe.com |
| 7 | McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100 |
| 8 | Menlo Park, CA  94025-4004<br>Telephone:     650 815 7400 |
| 9 | Facsimile:     650 815 7401 |
| 10 | Attorneys for Plaintiffs and Counterclaim-Defendants<br>RADWARE, LTD. AND RADWARE, INC. |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>             Plaintiffs,<br>        v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>             Defendant. | CASE NO. 5:13-cv-02024 RMW<br>(Related Case No. 5:13-cv-02021 RMW)<br><br>**[] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS**<br><br>**Complaint Filed: May 1, 2013**<br><br>**Complaint Served: May 3, 2013**<br><br>**Complaint Answered: July 25, 2013** |
| F5 NETWORKS, INC., a Washington corporation,<br>Defendant.<br><br>             Counterclaim-Plaintiff,<br>        v.<br><br>RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br>Counterclaim-Defendants. | **F5 Amended Answer with Counterclaims: August 29, 2013**<br><br>**Current Radware Response to Counterclaims: September 19, 2013**<br><br>**New Radware Response to Counterclaims: October 21, 2013** |

[] ORDER GRANTING JOINT
STIPULATION TO EXTEND TIME
CASE NO. 5:13-CV-02024 RMW

1  Having considered the stipulation between the parties, pursuant to Local Rule 6-1, that the
2  time for Plaintiffs and Counter-Defendants Radware Ltd. and Radware, Inc. (hereinafter
3  "Radware") to answer, move or otherwise respond to the Counterclaims in F5 Networks, Inc.'s
4  First Amended Answer and Counterclaims, has been extended through and including October 21,
5  2013, the Court GRANTS the following:

6  1. WHEREAS, F5 Networks, Inc. (hereinafter "F5") was served with Radware's
7  complaint on May 3, 2013;

8  2. WHEREAS, F5 answered Radware's complaint on July 25, 2013;

9  3. WHEREAS, F5 filed an Amended Answer with Counterclaims on August 29, 2013;

10 4. WHEREAS, F5 has agreed to provide Radware an extension of time until October 21,
11 2013 to respond to Counterclaims;

12 5. WHEREAS, this extension is not sought for the purpose of unnecessarily delaying this
13 action;

14 6. WHEREAS, the parties have conferred and agreed on September 4, 2013, within which
15 Radware is to file its Response to F5's counterclaims;

16 PURSUANT TO STIPULATION OF THE PARTIES, **IT IS SO ORDERED**.

18 DATED: _____    _____

19 THE HONORABLE RONALD M. WHYTE
   UNITED STATES SENIOR DISTRICT JUDGE

- 2 -

[] ORDER GRANTING JOINT
STIPULATION TO EXTEND TIME
CASE NO. 5:13-CV-02024 RMW