IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>Plaintiffs, Counter-Defendants,<br><br>v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>Defendant, Counter-Plaintiff. | No. C-13-02024 RMW<br><br>ORDER RE RADWARE, LTD.'S AND RADWARE, INC.'S MOTION TO SEAL<br><br>**[Re Docket No. 47]** |

Plaintiffs and counterclaim defendants Radware, Ltd. and Radware, Inc. ("Radware") move to file under seal portions of its motion to compel arbitration and to stay proceedings, the entirety of Exhibit A to the Declaration of Fabio E. Marino in support of its motion, and portions of Exhibit B to the Marino Declaration. A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a). The request must be narrowly tailored to seek sealing of only sealable material. *Id.*

Having reviewed the material that Radware seeks to file under seal, the court grants Radware's administrative motion to seal with respect to Sections 3.1-3.3 of Exhibit A to the Declaration of Fabio E. Marino and all references to those sections in the motion to compel arbitration and to stay proceedings and Exhibit B to the Marino Declaration. The court denies Radware's administrative motion to seal with respect to all other materials.

1  Either party may, within four days of the issuance of this order, file another declaration
2  setting forth with specificity why any of the materials other than Sections 3.1-3.3 of Exhibit A to the
3  Marino Declaration are trade secrets or should otherwise be sealed. All of the materials must either
4  be withdrawn or filed consistent with this order and Local Rule 79-5(a). This order also becomes
5  final after four days for any of the materials for which the parties fail to file a declaration, and the
6  motion and exhibits must be withdrawn or filed consistent with this order and Local Rule 79-5(a).

DATED: November 20, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge