**Counsel for all parties listed on the signature page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>    Plaintiffs, Counter-Defendants,<br><br>    v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>    Defendant, Counter-Plaintiff. | CASE NO.  5:13-cv-02024 RMW<br>(Related Case No. 5:13-cv-02021 RMW)<br><br>**THIRD STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2, [] ORDER, AND DECLARATION OF JUDITH S. H. HOM, IN SUPPORT THEREOF** |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

DM_US 53852590-3.092004.0016

THIRD STIPULATED REQUEST
ENLARGING TIME
CASE NO. 5:13-CV-02024 RMW

1  WHEREAS, on August 29, 2013, Counter-Plaintiff F5 Networks, Inc. ("F5" or "Counter-
2  Plaintiff") filed its First Amended Answer, Affirmative Defenses, and Counterclaims to the First
3  Amended Complaint, which included counterclaims for infringement of F5's U.S. Patent Nos.
4  4,473,802; 7,831,712, 8,103,770, and 8,392,563 against Counter-Defendants Radware, Ltd. and
5  Radware, Inc. (collectively "Radware" or "Counter-Defendants") pursuant to 35 U.S.C. § 271
6  (Dkt. No. 39);

7  WHEREAS, on March 6, 2014, the Court entered a Modified Order Regarding F5
8  Networks, Inc.'s Second Amended Counterclaims for Patent Infringement, Unfair Competition
9  and Trade Libel (Dkt. No. 89) setting the date for Radware to serve Invalidity Contentions and
10  Document Production accompanying disclosure no later than 45 days (May 5, 2014) after F5's
11  service of Disclosure of Asserted Claims and Infringement Contentions, which the Court had
12  modified to be due on March 20, 2013;

13  WHEREAS, the parties stipulated that F5 would serve its Preliminary Infringement
14  Contentions on March 28, 2014 because the parties were negotiating the dismissal of the claims
15  related to Radware's AppDirector product;

16  WHEREAS, the parties filed on April 10, 2014 a Stipulated Dismissal of F5 Network,
17  Inc.'s Counterclaim 1 Regarding Patent Infringement by AppDirector and Radware, Ltd. and
18  Radware, Inc.'s Counterclaim of Non-Infringement by AppDirector with Prejudice, and Order
19  Thereon, which was granted on June 26, 2014 (Dkt. No. 150);

20  WHEREAS, according to Patent Local Rules ("PLR") 3-3, Invalidity Contentions are due
21  45 days after service of Infringement Contentions, therefore Radware's Preliminary Invalidity
22  Contentions would be due on May 12, 2014;

23  WHEREAS, counsel for parties stipulated to a two-week extension of the date for service
24  of Radware's Preliminary Invalidity Contentions, making them due on May 27, 2014 (May 26 is
25  Memorial Day) in order to facilitate resolution of the claims;

26  WHEREAS, counsel for parties filed a Joint Stipulated Request for Order Enlarging Time
27  Pursuant to Civil L.R. 6-2, [Proposed] Order, and Declaration of Judith S. H. Hom in Support
28  Thereof on April 30, 2014 (Dkt. No. 128);

WHEREAS, counsel for parties stipulated to a two-month extension of the date for service of Radware's Preliminary Invalidity Contentions to allow the parties to explore participating in a mediation, resulting in the parties jointly filing the Second Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2, [Proposed] Order, and Declaration of Judith S. H. Hom, in Support Thereof on May 27, 2014 (Dkt. No. 137);

WHEREAS, the Court issued the Order Granting Second Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2 on June 11, 2014 (Dkt. No. 146);

WHEREAS, counsel for parties are still negotiating with regard to potential dismissal of F5's patent infringement counterclaim as to Radware's Alteon product;

WHEREAS, the parties participated in a mediation presided over by the Honorable James Ware (ret.) on July 28, 2014, and thereafter stipulated to a four-month extension of the date for service of Radware's Preliminary Invalidity Contentions allowing the parties to continue to participate in Alternative Dispute Resolution processes or otherwise work to further eliminate claims at issue;

WHEREAS, the remaining dates are adjusted and recalculated for events that key off the date for service of Radware's Preliminary Invalidity Contentions, and the new currently proposed dates are summarized in the chart *infra*;

WHEREAS, the undersigned counsel met, conferred and agreed to change the dates as follows:

| Event | Second Stip. Dates | New Dates |
| --- | --- | --- |
| Counter-Defendants to serve Invalidity Contentions and Document Production accompanying disclosure. PLR 3-3 and 3-4. | August 1, 2014 | December 1, 2014 |
| Parties exchange claim terms for construction. PLR 4-1(a). | August 15, 2014 | December 15, 2014 |
| Deadline to meet and confer to limit terms in dispute and jointly identify the ten (10) terms to be most significant in | August 22, 2014 | December 22, 2014 |

| Event | Second Stip. Dates | New Dates |
|---|---|---|
| resolving the parties' dispute. PLR 4-1(b). (7 days after the exchange of claim terms) | | |
| Parties to exchange proposed Preliminary claim constructions with identification of all references for support. PLR 4.2(a)(b). | September 5, 2014 | January 5, 2015 |
| Deadline to meet and confer to narrow the issues and finalize preparation of Joint Claim Construction and Prehearing Statement. PLR 4.2(c). | September 15, 2014 | January 16, 2015 |
| Joint Claim Construction and Prehearing Statement ("JCCS") due. PLR 4-3. | September 29, 2014 | January 30, 2015 |
| Claim construction discovery closes. PLR 4-4. | October 27, 2014 | February 27, 2015 |
| Counter-Plaintiff to file and serve Opening Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(a).<br><br>Opening summary judgment briefs that relate to claim constructions also due. | November 5, 2014 | March 6, 2015 |
| Counter-Defendants to file and serve Responsive Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(b).<br><br>Responsive summary judgment briefs due. | November 19, 2014 | March 20, 2015 |
| Parties to file and serve Reply Markman Brief | December 5, 2014 | April 3, 2017 |

| Event | Second Stip. Dates | New Dates |
|---|---|---|
| with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(c).<br><br>Reply summary judgment briefs due. | | |
| Technology Tutorial (at Court's option) | December 12, 2014 | April 9, 2017 |
| Markman Hearing (within 21 days after Responsive Markman Brief filed and served or as soon thereafter subject to Court availability)<br><br>Summary judgment Hearing | December 19, 2014 | April 36, 2017 |
| Markman Order | TBD | TBD |

WHEREAS, no other dates for this case have been set by the Court.

NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the dates through Markman Hearing are as follows:

| Event | Dates |
|---|---|
| Counter-Defendants to serve Invalidity Contentions and Document Production accompanying disclosure. PLR 3-3 and 3-4. | December 1, 2014 |
| Parties exchange claim terms for Construction. PLR 4-1(a). | December 15, 2014 |
| Deadline to meet and confer to limit terms in dispute and jointly identify the ten (10) terms to be most significant in resolving the parties' dispute. PLR 4-1(b). | December 22, 2014 |
| Parties to exchange proposed Preliminary claim constructions with identification of all references for support. PLR 4.2(a)(b). | January 5, 2015 |
| Deadline to meet and confer to narrow the issues and finalize preparation of Joint Claim Construction and Prehearing Statement. PLR 4.2(c). | January 16, 2015 |
| Joint Claim Construction and Prehearing Statement due. PLR 4-3. | January 30, 2015 |
| Claim construction discovery closes. PLR 4-4. | February 27, 2015 |

| Event | Dates |
|---|---|
| Counter-Plaintiff to file and serve Opening Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(a). Opening summary judgment briefs that relate to claim constructions also due. | March 6, 2015 |
| Counter-Defendants to file and serve Responsive Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(b). Responsive summary judgment briefs due. | March 20, 2015 |
| Parties to file and serve Reply Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(c). Reply summary judgment briefs due. | April 3, 2017 |
| Technology Tutorial (at Court's option) | April 9, 2017 |
| Markman Hearing Summary judgment Hearing | April 16, 2017 |
| Markman Order | TBD |

**SO STIPULATED** this 31st day of July 2014.

Dated: July 31, 2014

Respectfully submitted,

PERKINS COIE LLP

By: */s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam

Ramsey M. Al-Salam (Admitted Pro Hac Vice)
Ralsalam@perkinscoie.com
Nathaniel E. Durrance (SBN 229210)
Ndurrance@perkinscoie.com
PERKINS COIE LLP
1201 Third Street, Ste. 4800
Seattle, WA 98101-3099
Telephone: 206-359-6385
Facsimile: 206-359-7385

Counsel for Defendant and Counterclaim-Plaintiff F5 Networks, Inc.

| | |
|---|---|
| Dated: July 31, 2014 | Respectfully submitted, |
| | McDERMOTT WILL & EMERY LLP |
| | |
| | By: */s/ Fabio E. Marino* |
| |     Fabio E. Marino |
| | |
| |     Fabio E. Marino (SBN 183825) |
| |     fmarino@mwe.com |
| |     Eric W. Hagen (SBN 192340) |
| |     ehagen@mwe.com |
| |     A. Marisa Chun (SBN 160351) |
| |     mchun@mwe.com |
| |     Judith S.H. Hom (SBN 203482) |
| |     jhom@mwe.com |
| |     Nitin Gambhir (SBN 259906) |
| |     ngambhir@mwe.com |
| |     Barrington Dyer (SBN 264762) |
| |     bdyer@mwe.com |
| |     Teri H.P. Nguyen (SBN 267498) |
| |     thpnguyen@mwe.com |
| |     Sruli Yellin (SBN 291431) |
| |     syellin@mwe.com |
| |     McDERMOTT WILL & EMERY LLP |
| |     275 Middlefield Road, Suite 100 |
| |     Menlo Park, CA  94025-4004 |
| |     Telephone:  650 815 7400 |
| |     Facsimile:   650 815 7401 |
| | |
| | Counsel for Plaintiffs and Counterclaim Defendants Radware, Inc. and Radware, LTD. |

**<u>SIGNATURE ATTESTATION</u>**

      Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

| | |
|---|---|
| Dated:  July 31, 2014 | */s/ Judith S. H. Hom* |
| | Judith S. H. Hom |

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

3

4  DATED: _____   _____
                                 *Ronald M. Whyte*

5                                                HON. RONALD M. WHYTE
   Judge of the United States District Court

# DECLARATION OF JUDITH S. H. HOM

I, Judith S. H. Hom, state and declare as follows:

1. I am an attorney with McDermott Will & Emery LLP and counsel of record for Radware, Inc. and Radware Ltd. ("Radware"), in the above-captioned matter. I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein. Pursuant to Civil L.R. 6-2(a) I hereby submit this declaration in support of the parties' stipulation to enlarge time.

2. On August 29, 2013, Counter-Plaintiff F5 Networks, Inc. ("F5" or "Counter-Plaintiff") filed its First Amended Answer, Affirmative Defenses, and Counterclaims to the First Amended Complaint, which included counterclaims for infringement of F5's U.S. Patent Nos. 4,473,802; 7,831,712; 8,103,770; and 8,392,563 against Counter-Defendants Radware, Ltd. and Radware, Inc. (collectively "Radware" or "Counter-Defendants") pursuant to 35 U.S.C. § 271 (Dkt. No. 39).

3. On March 6, 2014, the Court entered a Modified Order Regarding F5 Networks, Inc.'s Second Amended Counterclaims for Patent Infringement, Unfair Competition an Trade Libel (Dkt. No. 89) setting the date for Radware to serve Invalidity Contentions and Document Production accompanying disclosure for no later than 45 days (May 5, 2014) after F5's service of Disclosure of Asserted Claims and Infringement Contentions, which the Court had modified to be due on March 20, 2013.

4. The parties stipulated that F5 would serve its Preliminary Infringement Contentions on March 28, 2014 because the parties were negotiating the dismissal of the claims related to Radware's AppDirector product.

5. The parties filed on April 10, 2014 a Stipulated Dismissal of F5 Network, Inc.'s Counterclaim 1 Regarding Patent Infringement by AppDirector and Radware, Ltd. and Radware, Inc.'s Counterclaim of Non-Infringement by AppDirector with Prejudice, and Order Thereon (Dkt. No. 118-3), which was granted on June 26, 2014 (Dkt. No. 150).

6. According to Patent Local Rules ("PLR") 3-3, Invalidity Contentions are due 45 days after service of Infringement Contentions, therefore Radware's Preliminary Invalidity Contentions would be due on May 12, 2014.

7. Counsel for parties stipulated to a two-week extension of the date for service of Radware's Preliminary Invalidity Contentions, making them due on May 27, 2014 (May 26 is Memorial Day) in order to facilitate resolution of the claims.

8. Counsel for parties filed a Joint Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2, [Proposed] Order, and Declaration of Judith S. H. Hom in Support Thereof on April 30 2014 (Dkt. No. 128).

9. Counsel for parties stipulated to a two-month extension of the date for service of Radware's Preliminary Invalidity Contentions to allow parties to explore participating in a mediation, resulting in the parties jointly filing the Second Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2, [Proposed] Order, and Declaration of Judith S. H. Hom, in Support Thereof on May 27, 2014 (Dkt. NO. 137).

10. The Court issued the Order Granting Second Stipulated Request for Order Enlarging Time Pursuant to Civil L.R. 6-2 on June 11, 2014 (Dkt. No. 146).

11. Counsel for parties are still negotiating with regard to potential dismissal of F5's patent infringement counterclaim as to Radware's Alteon product.

12. Parties and their counsel participated in a mediation presided over by the Honorable James Ware (ret.) on July 28, 2014 and thereafter stipulated to a four-month extension of the date for service of Radware's Preliminary Invalidity Contentions, to allow the parties to continue to participate in Alternative Dispute Resolution processes or further eliminate claims at issue.

13. The remaining dates are adjusted and recalculated for events that key off the date for service of Radware's Preliminary Invalidity Contentions.

14. Counsel for F5 and Radware counsel have conferred and agreed that, subject to the Court's approval, the dates up through and including the Markman Hearing should be as follows:

| Event | Dates |
|---|---|
| Counter-Defendants to serve Invalidity Contentions and Document Production accompanying disclosure. PLR 3-3 and 3-4. (45 days after service of the Disclosure of Asserted Claims and Infringement Contentions) | December 1, 2014 |
| Parties exchange claim terms for construction. PLR 4-1(a). | December 15, 2014 |
| Deadline to meet and confer to limit terms in dispute and jointly identify the ten (10) terms to be most significant in resolving the parties' dispute. PLR 4-1(b). | December 22, 2014 |
| Parties to exchange proposed Preliminary claim constructions with identification of all references for support. PLR 4.2(a)(b). | January 5, 2015 |
| Deadline to meet and confer to narrow the issues and finalize preparation of Joint Claim Construction and Prehearing Statement. PLR 4.2(c). | January 16, 2015 |
| Joint Claim Construction and Prehearing Statement due. PLR 4-3. | January 30, 2015 |
| Claim construction discovery closes. PLR 4-4. | February 27, 2015 |
| Counter-Plaintiff to file and serve Opening Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(a).  Opening summary judgment briefs that relate to claim constructions also due. | March 6, 2015 |
| Counter-Defendants to file and serve Responsive Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(b).  Responsive summary judgment briefs due. | March 20, 2015 |
| Parties to file and serve Reply Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(c).  Reply summary judgment briefs due. | April 3, 2017 |
| Technology Tutorial (at Court's option) | April 9. 2017 |
| Markman Hearing Summary judgment Hearing | April 16, 2014 |
| Markman Order | TBD |

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct and that this declaration was executed in Menlo Park, California, on July 31,
3   2014.

/s/ *Judith S. H. Hom*
Judith S. H. Hom