Counsel for all parties listed on the signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>  Plaintiffs and Counterclaim-Defendants,<br><br>  v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>  Defendant and Counterclaim-Plaintiff. | CASE NO.  5:13-cv-02024 RMW<br>(Related Case No. 5:13-cv-02021 RMW)<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2, [] ORDER, AND DECLARATION OF TERI H.P. NGUYEN IN SUPPORT THEREOF**<br><br>Judge:     Hon. Ronald M. Whyte<br>Location:  Ctrm 6, 4th Floor |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff Radware Ltd. and Radware, Inc. ("Radware") and Defendant F5 Networks, Inc., that the schedule controlling close of expert discovery and date by which to file dispositive motions should be extended, subject to the approval of this Court in consideration of the following facts:

WHEREAS, fact discovery closed on November 28, 2014;

WHEREAS, the parties' respective expert reports have been exchanged and completed as of March 3, 2015;

WHEREAS, expert discovery currently closes on April 3, 2015;

WHEREAS, the deadline to file dispositive motions is April 10, 2015;

WHEREAS, the parties have met and conferred in good faith to schedule the depositions of their respective expert witnesses;

WHEREAS, this extension is necessary to accommodate each party's respective expert schedules and availability for deposition;

WHEREAS, dispositive motions are contingent upon the deposition testimony of each party's respective expert depositions; and

WHEREAS, this extension is not sought for the purpose of unnecessarily delaying this action;

NOW, THEREFORE, Radware and F5, by and through their respective counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Close of Expert Discovery | April 3, 2015 | May 20, 2015 |
| Last Day to file Dispositive Motions | April 10, 2015 | May 29, 2015 |

**SO STIPULATED** this 3rd day of April 2015.

STIPULATED REQUEST RE ENLARGING
TIME RE EXPERT DISCOVERY
CASE NO. 5:13-CV-02024 RMW

| | | |
|---|---|---|
| 1 | Dated: April 3, 2015 | Respectfully submitted, |
| 2 | | McDERMOTT WILL & EMERY LLP |
| 4 | | By: */s/ Teri H.P. Nguyen* |
| | |    Teri H.P. Nguyen |

Fabio E. Marino (SBN 183825)
fmarino@mwe.com
Nitin Gambhir (SBN 259906)
ngambhir@mwe.com
Barrington Dyer (SBN 264762)
bdyer@mwe.com
Teri H.P. Nguyen (SBN 267498)
thpnguyen@mwe.com
Sruli Yellin (SBN 291431)
syellin@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:  650 815 7400
Facsimile:   650 815 7401

Counsel for Plaintiffs and Counterclaim Defendants Radware, Inc. and Radware, LTD.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

- 2 -

STIPULATED REQUEST RE ENLARGING TIME RE EXPERT DISCOVERY
CASE NO. 5:13-CV-02024 RMW

| | | |
|---|---|---|
| 1 | Dated: April 3, 2015 | Respectfully submitted, |
| 2 | | PERKINS COIE LLP |

By: */s/ Nathaniel E. Durrance*
    Nathaniel E. Durrance

Nathaniel E. Durrance (SBN 229210)
Ndurrance@perkinscoie.com
Ramsey M. Al-Salam (*Admitted Pro Hac Vice*)
Ralsalam@perkinscoie.com
Ryan J. McBrayer (*Pro Hac Vice*)
RMcBrayer@perkinscoie.com
PERKINS COIE LLP
1201 Third Street, Ste. 4800
Seattle, WA 98101-3099
Telephone: 206-359-6385
Facsimile: 206-359-7385

Christopher Kao (SBN 237716)
CKao@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650-838-4300
Facsimile: 650-838-4350

Counsel for Defendant and Counterclaim-Plaintiff F5 Networks, Inc.

- 3 -

STIPULATED REQUEST RE ENLARGING TIME RE EXPERT DISCOVERY
CASE NO. 5:13-CV-02024 RMW

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated: April 3, 2015

/s/ *Teri H.P. Nguyen*
Teri H.P. Nguyen

**[] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: 

By: *Ronald M. Whyte*
HON. RONALD M. WHYTE
Judge of the United States District Court

**DECLARATION OF TERI H.P. NGUYEN**

I, Teri H.P. Nguyen, declare as follows:

1. I am an attorney with the law firm of McDermott, Will & Emery LLP, counsel of record for Plaintiffs and Counter-Defendants Radware, Ltd. and Radware, Inc. (collectively, "Radware") in this action. I am admitted to practice law in the State of California. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. Counsel for F5 and Radware have met, conferred and agreed to the following requested extensions:

| Event | Current Date | New Date |
|---|---|---|
| Close of Expert Discovery | April 3, 2015 | May 20, 2015 |
| Last Day to file Dispositive Motions | April 10, 2015 | May 29, 2015 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of April, 2015, in Menlo Park, California.

/s/*Teri H.P. Nguyen*
Teri H.P. Nguyen

DECLARATION OF TERI H.P. NGUYEN
CASE NO. 5:13-CV-02024 RMW