E Ò Ë Ž Š Ò Ö Ö Æ Ä Ð Ð Í E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>     Plaintiffs, Counterclaim-Defendants,<br><br>     v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>     Defendant, Counterclaim-Plaintiff. | CASE NO. 5:13-cv-02024 RMW<br>(Related Case No. 5:13-cv-02021 RMW)<br><br>**[] ORDER GRANTING WITHDRAWAL OF ATTORNEY JUDITH S.H. HOM**<br><br>Judge:    Hon. Ronald M. Whyte<br>Location: Ctrm 6, 4th Floor |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

DM_US 57952438-1.092004.0012

NOTICE OF WITHDRAWAL
CASE NO. 5:13-CV-02024 RMW

1    IT IS HEREBY ORDERED THAT, pursuant to Civil L.R. 11-5, Judith S.H. Hom is

2   permitted to withdraw from the above-captioned action.

3        IT IS FURTHER ORDERED THAT the above-referenced attorney shall be

4   removed from the electronic filing notification for this case.

5        **IT IS SO ORDERED.**

6   Dated: _____, 2015

7                                                   By: _Ronald M. Whyte_

8                                                   The Honorable Ronald M. Whyte
                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

DM_US 57952438-1.092004.0012                    1              NOTICE OF WITHDRAWAL
                                                              CASE NO. 5:13-CV-02024 RMW