Counsel for all parties listed on the signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> F5 NETWORKS, INC., a Washington corporation, <br><br> Defendant and Counterclaim-Plaintiff. | CASE NO. 5:13-cv-02024 RMW <br> (Related Case No. 5:13-cv-02021 RMW) <br><br> **SIXTH STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2, [] ORDER, AND DECLARATION OF TERI H.P. NGUYEN IN SUPPORT THEREOF** <br><br> Judge:     Hon. Ronald M. Whyte <br> Location:  Ctrm 6, 4th Floor |

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

1 **IT IS HEREBY STIPULATED AND AGREED**, by and between the Counter-Plaintiffs
2 F5 Networks, Inc. ("F5") and Counter-Defendants Radware Ltd. and Radware, Inc. ("Radware"),
3 that the schedule controlling claim construction should be extended, subject to the approval of
4 this Court in consideration of the following facts:

5 WHEREAS, counsel for parties stipulated to extend claim construction briefing and the
6 Court issued an Order Granting parties' Fifth Stipulated Request for Order Enlarging Time
7 Pursuant to Civil L.R. 6-2 on February 23, 2015 (Dkt. No. 169);

8 WHEREAS, Radware's position is that its Preliminary Invalidity Contentions and
9 Preliminary Claim Constructions are, in part, contingent on F5's response to certain interrogatory
10 requests;

11 WHEREAS, counsel for F5 has requested an additional extension to respond to said
12 interrogatory requests;

13 WHEREAS, the parties require additional time to comply with their respective claim
14 construction obligations;

15 WHEREAS, the parties stipulate to continue further events in the claim construction
16 proceedings in accordance with the chart *infra*;

17 WHEREAS, the remaining dates are adjusted and recalculated for events that key off the
18 date for service of Radware's Preliminary Invalidity Contentions, and the new currently proposed
19 dates are summarized in the chart *infra*;

20 WHEREAS, the undersigned counsel met, conferred and agreed to change the dates as
21 follows in order to explore resolution of the Counterclaims asserted against Radware and to
22 explore resolution and prepare expert reports for the claims asserted against F5;

23 WHEREAS, stipulated extended dates reflected below will be subtracted from the
24 calculation of dates currently on calendar so that the stipulated extended dates will not impact
25 those remaining dates:

26 //
27 //
28 //

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

| Event | Current Date | New Date |
|---|---|---|
| Parties to exchange proposed Preliminary claim constructions with identification of all references for support.  PLR 4.2(a)(b) | April 1, 2015 | June 1, 2015 |
| Deadline to meet and confer to narrow the issues and finalize preparation of Joint Claim Construction and Prehearing Statement.  PLR 4.2(c) | April 8, 2015 | June 8, 2015 |
| Joint Claim Construction Prehearing Statement due.  PLR 4-3 | April 16, 2015 | June 16, 2015 |
| Claim construction discovery closes.  PLR 4-4 | May 20, 2015 | July 20, 2015 |
| Counter-Plaintiff to file and serve Opening Markman Brief with supporting evidence (including expert declarations) regarding claim construction.  PLR 4-5(a)<br><br>Opening summary judgment briefs that relate to claim constructions also due | May 27, 2015 | July 27, 2015 |
| Counter-Defendants to file and serve Responsive Markman Brief with supporting evidence (including expert declarations) regarding claim construction.  PLR 4-5(b)<br><br>Responsive summary judgment briefs due | June 11, 2015 | August 11, 2015 |
| Parties to file and serve Reply Markman Brief with supporting evidence (including expert declarations) regarding claim construction.  PLR 4-5(c)<br><br>Reply summary judgment briefs due | June 25, 2015 | August 25, 2015 |
| Technology Tutorial | July 10, 2015 | September 10, 2015 |
| Markman Hearing<br><br>Summary Judgment Hearing | July 10, 2015 | September 10, 2015 |
| Markman Order | TBD | TBD |

WHEREAS, no other dates for this case have been set by the Court.

NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the dates through Markman Hearing are as follows:

//

//

//

- 2 -

SIXTH STIPULATED REQUEST FOR ORDER ENLARGING TIME
CASE NO. 5:13-CV-02024 RMW

| Event | New Date |
|---|---|
| Parties to exchange proposed Preliminary claim constructions with identification of all references for support.  PLR 4.2(a)(b) | June 1, 2015 |
| Deadline to meet and confer to narrow the issues and finalize preparation of Joint Claim Construction and Prehearing Statement.  PLR 4.2(c) | June 8, 2015 |
| Joint Claim Construction Prehearing Statement due.  PLR 4-3 | June 16, 2015 |
| Claim construction discovery closes.  PLR 4-4 | July 20, 2015 |
| Counter-Plaintiff to file and serve Opening Markman Brief with supporting evidence (including expert declarations) regarding claim construction.  PLR 4-5(a)  Opening summary judgment briefs that relate to claim constructions also due | July 27, 2015 |
| Counter-Defendants to file and serve Responsive Markman Brief with supporting evidence (including expert declarations) regarding claim construction.  PLR 4-5(b)  Responsive summary judgment briefs due | August 11, 2015 |
| Parties to file and serve Reply Markman Brief with supporting evidence (including expert declarations) regarding claim construction.  PLR 4-5(c)  Reply summary judgment briefs due | August 25, 2015 |
| Technology Tutorial | September 10, 2015 |
| Markman Hearing  Summary Judgment Hearing | September 10, 2015 |
| Markman Order | TBD |

**SO STIPULATED** this 3rd day of April 2015.

| | | |
|---|---|---|
| 1 | Dated: April 3, 2015 | Respectfully submitted, |
| 2 | | McDERMOTT WILL & EMERY LLP |

By: */s/ Teri H.P. Nguyen*
   Teri H.P. Nguyen

   Fabio E. Marino (SBN 183825)
   fmarino@mwe.com
   Nitin Gambhir (SBN 259906)
   ngambhir@mwe.com
   Barrington Dyer (SBN 264762)
   bdyer@mwe.com
   Teri H.P. Nguyen (SBN 267498)
   thpnguyen@mwe.com
   Sruli Yellin (SBN 291431)
   syellin@mwe.com
   McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
   Menlo Park, CA  94025-4004
   Telephone:  650 815 7400
   Facsimile:   650 815 7401

Counsel for Plaintiffs and Counterclaim
Defendants Radware, Inc. and Radware, LTD.

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

- 4 -

SIXTH STIPULATED REQUEST FOR
ORDER ENLARGING TIME
CASE NO. 5:13-CV-02024 RMW

| | | |
|---|---|---|
| 1 | Dated:  April 3, 2015 | Respectfully submitted, |
| 2 | | PERKINS COIE LLP |
| 3 | | |
| 4 | | By: */s/ Nathaniel E. Durrance* |
| 5 | | Nathaniel E. Durrance |
| 6 | | Nathaniel E. Durrance (SBN 229210) Ndurrance@perkinscoie.com |
| 7 | | Ramsey M. Al-Salam (*Admitted Pro Hac Vice*) Ralsalam@perkinscoie.com |
| 8 | | Ryan J. McBrayer (*Pro Hac Vice*) RMcBrayer@perkinscoie.com |
| 9 | | PERKINS COIE LLP 1201 Third Street, Ste. 4800 |
| 10 | | Seattle, WA 98101-3099 Telephone: 206-359-6385 |
| 11 | | Facsimile:  206-359-7385 |
| 12 | | Christopher Kao (SBN 237716) CKao@perkinscoie.com |
| 13 | | Perkins Coie LLP 3150 Porter Drive |
| 14 | | Palo Alto, CA 94304 Telephone: 650-838-4300 |
| 15 | | Facsimile:  650-838-4350 |
| 16 | | Counsel for Defendant and Counterclaim-Plaintiff F5 Networks, Inc. |
| 17 | | |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

- 5 -

SIXTH STIPULATED REQUEST FOR
ORDER ENLARGING TIME
CASE NO. 5:13-CV-02024 RMW

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated:  April 3, 2015          */s/ Teri H.P. Nguyen*
                                Teri H.P. Nguyen

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

- 6 -

SIXTH STIPULATED REQUEST FOR
ORDER ENLARGING TIME
CASE NO. 5:13-CV-02024 RMW

**[] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____

By: *Ronald M. Whyte*
HON. RONALD M. WHYTE
Judge of the United States District Court

# DECLARATION OF TERI H.P. NGUYEN

I, Teri H.P. Nguyen, declare as follows:

1. I am an attorney with the law firm of McDermott, Will & Emery LLP, counsel of record for Plaintiffs and Counter-Defendants Radware, Ltd. and Radware, Inc. (collectively, "Radware") in this action. I am admitted to practice law in the State of California. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. Counsel for F5 and Radware counsel have met, conferred and agreed that, subject to the Court's approval, the dates up through and including the Markman Hearing should be as follows:

| Event | New Date |
|---|---|
| Parties to exchange proposed Preliminary claim constructions with identification of all references for support. PLR 4.2(a)(b) | May 1, 2015 |
| Deadline to meet and confer to narrow the issues and finalize preparation of Joint Claim Construction and Prehearing Statement. PLR 4.2(c) | May 8, 2015 |
| Joint Claim Construction Prehearing Statement due. PLR 4-3 | May 16, 2015 |
| Claim construction discovery closes. PLR 4-4 | June 20, 2015 |
| Counter-Plaintiff to file and serve Opening Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(a)<br><br>Opening summary judgment briefs that relate to claim constructions also due | June 27, 2015 |
| Counter-Defendants to file and serve Responsive Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(b)<br><br>Responsive summary judgment briefs due | July 11, 2015 |
| Parties to file and serve Reply Markman Brief with supporting evidence (including expert declarations) regarding claim construction. PLR 4-5(c)<br><br>Reply summary judgment briefs due | July 25, 2015 |
| Technology Tutorial | August 10, 2015 |
| Markman Hearing<br><br>Summary Judgment Hearing | August 10, 2015 |
| Markman Order | TBD |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of April, 2015, in Menlo Park, California.

/s/ *Teri H.P. Nguyen*
Teri H.P. Nguyen