1  [Counsel for all parties listed on the signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>    Plaintiffs, Counter-Defendants,<br><br>    v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>    Defendant, Counter-Plaintiff. | CASE NO. 5:13-cv-02024 RMW<br>(Related Case No. 5:13-cv-02021 RMW.)<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME FOR DISPOSITIVE MOTION BRIEFING PURSUANT TO CIVIL L.R. 6-2, [] ORDER, AND DECLARATION OF SRULI YELLIN IN SUPPORT THEREOF** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Radware Ltd. and Radware, Inc. (collectively, "Radware") and Defendant F5 Networks, Inc. ("F5"), that the deadlines for filing Oppositions and Replies to the parties' dispositive motions should be extended, subject to the approval of this Court in consideration of the following facts:

**WHEREAS**, on May 7, 2015, the Court extended the deadline for filing dispositive motions from April 10, 2015 to May 29, 2015 pursuant to stipulation by the parties (Dkt. 174);

**WHEREAS**, on May 29, 2015, Radware filed its (a) Motion for Partial Summary Judgment of Infringement (Dkt. 182) and (b) its Motion for Partial Summary Judgment Dismissing F5's Invalidity Defense (Dkt. 189);

**WHEREAS**, on May 29, 2015, F5 filed its (a) Motion for Judgment on the Pleadings Under 35 U.S.C. § 101 (Dkt. 180), (b) Motion for Summary Judgment of Invalidity (Dkt. 183); (c) Motion for Summary Judgment on Damages Issues (Dkt. 187); and (d) Motion for Summary Judgment of Non-Infringement (Dkt. 190);

**WHEREAS**, per Local Rule 7-3, Oppositions to dispositive motions are due no later than June 12, 2015 and Replies are due no later than June 19, 2015;

**WHEREAS**, the parties agree that an extension is necessary to accommodate each party's schedule and to allow sufficient time for the parties to prepare their Oppositions and Replies to the dispositive motions filed May 29, 2015;

**WHEREAS**, such extension should not impact the hearing date for these motions, currently set for July 24, 2015;

**WHEREAS**, the undersigned counsel met and conferred and agreed that, subject to the Court's approval, the dates for Oppositions and Replies to the dispositive motions filed on May 29, 2014 should be as follows:

| Event | Original Dates | New Dates |
|---|---|---|
| Opposition to Dispositive Motion | Friday, June 12, 2015 | Tuesday, June 23, 2015 |
| Reply to Dispositive Motion | Friday, June 19, 2015 | Tuesday, July 7, 2015 |

**SO STIPULATED** this 3rd day of June, 2015.

| | | |
|---|---|---|
| 1 | Dated: June 3, 2015 | Respectfully submitted, |
| 2 | | McDERMOTT WILL & EMERY LLP |
| 3 | | |
| 4 | | By: */s/ L. Kieran Kieckhefer* |
| 5 | |     L. Kieran Kieckhefer |

    FABIO E. MARINO (SBN 183825)
    fmarino@mwe.com
    A. MARISA CHUN (SBN 160351)
    mchun@mwe.com
    L. KIERAN KIECKHEFER (SBN 251978)
    kkieckhefer@mwe.com
    NITIN GAMBHIR (SBN 259906)
    ngambhir@mwe.com
    BARRINGTON DYER (SBN 264762)
    bdyer@mwe.com
    TERI H.P. NGUYEN (SBN 267498)
    thpnguyen@mwe.com
    SRULI YELLIN (SBN 291431)
    syellin@mwe.com
    McDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
    Menlo Park, CA  94025-4004
    Telephone:  650 815 7400
    Facsimile:   650 815 7401

COUNSEL FOR PLAINTIFFS AND
COUNTERCLAIM DEFENDANTS
RADWARE, INC. AND RADWARE, LTD.

| | | |
|---|---|---|
| 1 | Dated: June 3, 2015 | Respectfully submitted, |
| 2 | | PERKINS COIE LLP |
| 4 | | By:/s/ *Ramsey Al-Salam* |
| | | Ramsey Al-Salam |
| 6 | | RAMSEY M. AL-SALAM (*Pro Hac Vice*) |
| | | Ralsalam@perkinscoie.com |
| | | NATHANIEL E. DURRANCE (SBN 229210) |
| 7 | | Ndurrance@perkinscoie.com |
| | | PERKINS COIE LLP |
| 8 | | 1201 Third Street, Ste. 4800 |
| | | Seattle, WA 98101-3099 |
| 9 | | Telephone: 206-359-6385 |
| | | Facsimile:  206-359-7385 |
| 11 | | COUNSEL FOR DEFENDANT AND |
| | | COUNTERCLAIM-DEFENDANT F5 |
| | | NETWORKS, INC. |

- 3 -

STIPULATED REQUEST FOR
ORDER ENLARGING TIME
CASE NO. 5:13-CV-02024 RMW

**<u>SIGNATURE ATTESTATION</u>**

Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated:   June 3, 2015

*/s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer

- 4 -

STIPULATED REQUEST FOR
ORDER ENLARGING TIME
CASE NO. 5:13-CV-02024 RMW

1 **[] ORDER**

2     PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

3

4 Dated: _____

5

6 _____

7 HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

**DECLARATION OF SRULI YELLIN**

I, Sruli Yellin, state and declare as follows:

1. I am an attorney with McDermott Will & Emery LLP and counsel of record for Radware, Inc. and Radware Ltd. (collectively, "Radware"), in the above-captioned matter. I have knowledge of the following, and if called as a witness, I could and would testify competently to the contents herein. Pursuant to Civil L.R. 6-2(a), I hereby submit this declaration in support of the parties' stipulated request to enlarge time.

2. Counsel for Radware and F5 have met and conferred and agreed that, subject to the Court's approval, the dates for Oppositions and Replies to the dispositive motions filed on May 29, 2014 should be as follows:

| Event | Original Dates | New Dates |
|---|---|---|
| Opposition to Dispositive Motion | Friday, June 12, 2015 | Tuesday, June 23, 2015 |
| Reply to Dispositive Motion | Friday, June 19, 2015 | Tuesday, July 7, 2015 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of June, 2015, in Menlo Park, California.

/s/ *Sruli Yellin*
Sruli Yellin

STIPULATED REQUEST FOR
ORDER ENLARGING TIME
CASE NO. 5:13-CV-02024 RMW

1