# Exhibit C

**Dyer, Barrington**

| | |
|---|---|
| **From:** | Durrance, Nathaniel E.  (Perkins Coie) <NDurrance@perkinscoie.com> |
| **Sent:** | Tuesday, November 11, 2014 6:05 PM |
| **To:** | NDurrance@perkinscoie.com; Dyer, Barrington |
| **Cc:** | Radware-F5 Service; ralsalam@perkinscoie.com; Gambhir, Nitin; Marino, Fabio; Hom, Judith |
| **Subject:** | RE: Radware v. F5 re Thornewell Deposition |

Barrington,

==Mr. Thornewell will be able to testify regarding whether there are any material differences between the latest release 11.6 and the prior release 11.4 for the accused ISP LLB features.==  Mr. Thornewell will also be able to testify regarding how the prior art 3DNS and BigIP, charted in F5's invalidity contentions, could perform ISP LLB.

Please also note that Mr. Thornewell is not feeling well.  He has a pretty nasty cold and will likely still be feeling under the weather tomorrow.  We are playing it by ear and will give it our best shot, but we may need to end early and continue the deposition at another time if Mr. Thornewell is not able to continue or loses his voice.

Let's plan on starting the deposition tomorrow at 9:30am.

**Nathaniel Durrance** | **Perkins Coie LLP**
D. +1.206.359.3408
M. +1.206.245.0296

**From:** Durrance, Nathaniel E. (Perkins Coie)
**Sent:** Monday, November 10, 2014 8:00 AM
**To:** Bdyer@mwe.com
**Cc:** Radware-F5Service@mwe.com; Al-Salam, Ramsey M. (Perkins Coie); Ngambhir@mwe.com; Fmarino@mwe.com; Jhom@mwe.com
**Subject:** RE: Radware v. F5 re Thornewell Deposition

Barrington, we will arrange for a laptop with the same F5 source code produced in this case to be at Thornewell's and Master's depositions.  ==We are considering your other request regarding the latest software release.==

Nathan Durrance
Patent Attorney
Perkins Coie LLP
Mobile # 206 245 0296
From my mobile device.

-------- Original message --------
From: "Dyer, Barrington" <Bdyer@mwe.com>
Date: 11/07/2014 9:10 AM (GMT-08:00)
To: "Durrance, Nathaniel E. (Perkins Coie)" <NDurrance@perkinscoie.com>
Cc: Radware-F5 Service <Radware-F5Service@mwe.com>,"Al-Salam, Ramsey M. (Perkins Coie)" <RAlsalam@perkinscoie.com>,"Gambhir, Nitin" <Ngambhir@mwe.com>,"Marino, Fabio"

<Fmarino@mwe.com>,"Hom, Judith" <Jhom@mwe.com>
Subject: RE: Radware v. F5 re Thornewell Deposition

Nate,

These depositions are scheduled to go forward next week.  Can you provide us a response today?

Regards,

-Barrington

---

**From:** Dyer, Barrington
**Sent:** Tuesday, November 04, 2014 3:06 PM
**To:** 'Durrance, Nathaniel E. (Perkins Coie)'
**Cc:** Radware-F5 Service; Gambhir, Nitin; Marino, Fabio; Hom, Judith
**Subject:** Radware v. F5 re Thornewell Deposition
**Importance:** High

Nate,

It has come to our attention that F5 recently released BIG-IP version 11.6.0.   In advance of Mr. Thornewell's deposition next week, we ask that F5 please confirm that there have been no substantial changes from BIG-IP version 11.4.0 to the features accused of infringement in Radware's Second Amended Infringement Contentions.   Otherwise, we ask that F5 please provide updated printouts (i.e. version 11.6.0) of the source code files identified in Radware's Second Amended Infringement Contentions.

In addition, we request that a source code computer be made available at the depositions of both Mr. Thornewell and Mr. Masters.  Please confirm.

Regards,

-Barrington

**Barrington Dyer**
Associate



McDermott Will & Emery LLP | 275 Middlefield Road, Suite 100 | Menlo Park, CA 94025
Tel +1 650 815 7612 | Fax +1 650 815 7401

**Biography** | **Website** | **vCard** | **E-mail** | **Twitter** | **LinkedIn** | **Blog**

*************************************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.