# Exhibit F



Solutions   Products   Community   Support   Partners   Education   About Us              Search

SUPPORT
                                                         LOGIN    SELF-HELP ˅   DOCUMENTATION ˅   SERVICES ˅   DOWNLOA

Ask F5 Home > SOL15834



## SOL15834: End of Life announcement for inbound and outbound cost-based link load balancing and inbound link utilization-based load balancing

Applies To:     Show Versions ⊞



PLAINTIFF'S EXHIBIT 183 Brewer 12/5/14

ⓘ **Informational**

**Original Publication Date:** 12/03/2014
**Updated Date:** 12/03/2014

### Summary

The BIG-IP Link Controller and BIG-IP GTM cost-based link load balancing features have reached End of Life (EoL).

### Description

**Old behavior**

In versions prior to BIG-IP Link Controller and BIG-IP GTM 11.5.1 HF6 for the 11.5.x software branch, link selection can be based on link cost, and can be configured as follows:

- BIG-IP GTM systems are configured as follows:
  - The wide IP references a pool using the following configuration:
    - The load balancing method is set to **Quality of Service**.
    - The **Link Capacity** (under **Quality of Service Weights**) is set to a non-zero value.
    - The **Dynamic Ratio** setting is enabled (checked).
  - The **Weighting** setting for the link is configured for **Price (Dynamic Ratio)**.

- BIG-IP Link Controller systems are configured as follows:
  - The inbound wide IP uses the following configuration:
    - The load balancing method is set to **Quality of Service**.
    - The **Link Capacity** (under **Quality of Service Weights**) is set to a non-zero value.
    - The **Dynamic Ratio** setting is enabled (checked).
  - The **Weighting** setting for the link is configured for **Price (Dynamic Ratio)**.

- For BIG-IP LTM systems (with a Link Controller or GTM license), the pool load balancing method is using a **Dynamic Ratio** load balancing method.

When the GTM pool or Link Controller wide IP load balancing method is set to Round Trip Time, Hops, or Completion Rate or set to Quality of Service with Quality of Service Weights set for Round Trip Time, Hops and/or Completion Rate, the system uses the performance metrics collected by **big3d** when making load balancing decisions for each link in a data center.

**New behavior**

Beginning in BIG-IP Link Controller and BIG-IP GTM 11.5.1 HF6 for the 11.5.x branch, cost-based link selection has reached EoL. If you configure cost-based link load balancing for BIG-IP Link Controller and BIG-IP GTM in these versions, you will experience the following:

- If the link **Weighting** option is set to **Price (Dynamic Ratio)**, the system will not perform load balancing according to price, unless the appropriate patch is installed.
- For GTM pool or Link Controller wide IP load balancing using a Quality of Service pool load balancing method, the system sets the dynamic ratio to the static **Link Ratio** for the link.
- For local traffic pool load balancing based on dynamic-ratio, the dynamic ratio will be set to the static **Link Ratio**.
- For GTM pools or Link Controller wide IPs that utilize a load balancing method of Round Trip Time, Hops, or Completion Rate or a load balancing method of Quality of Service with non-zero Quality of Service Weights for Round Trip Time, Hops and/or Completion Rate, only the score for one link in each data center will be used unless the appropriate patch installed.

### Recommendations

If you want to configure cost-based link load balancing for BIG-IP Link Controller and BIG-IP GTM 11.5.1 HF6 and later, you can install a software patch by performing one of the following procedures:

*Impact of procedure: The BIG-IP system is unable to process traffic while the unit is rebooting.*

**Customers residing in the United States**

Existing customers residing in the United States who used the cost-based link load balancing feature prior to November 24, 2014, may re-enable the functionality by contacting F5 Support and requesting a software patch.

**Customers residing outside of the United States**

Customers residing outside of the United States who used the cost-based link load balancing feature may re-enable the functionality by downloading a software patch from the F5 Downloads site. To download and install the patch, perform the following procedure:

1. Go to the F5 Downloads site.
2. From the Downloads Overview page, click **Find a Download**.

   The Select a Product Line page displays.
3. Under the Non-US-Patches Product Family, locate the **linkcost** patch.
4. Download the **linkcost.im** patch.
5. Copy the patch to the **/var/tmp/** directory on the BIG-IP system.
6. Log in to the BIG-IP command line.
7. Change directories to the **/var/tmp/** directory by typing the following command:

   `cd /var/tmp/`
8. Install the patch by typing the following command:

   `im /var/tmp/linkcost.im`

   *Note: For VIPRION systems, you must run the im command on each individual blade in the VIPRION chassis.*
9. Enable the **gtm.loadlinkcost** database variable by typing the following command:

   `tmsh modify /sys db gtm.loadlinkcost value enable`

   *Note: For VIPRION systems, you must perform this step from the primary blade in the VIPRION chassis.*
10. Repeat the previous steps for each BIG-IP device in a high-availability pair.

### Post-patch installation considerations

After installing the **linkcost** patch, you should be aware of the following maintenance considerations:

- The patch and database variable setting persist through BIG-IP software upgrades and hotfix installations.
- If you replace an appliance or VIPRION blade (due to RMA or for some other reason), you will need to perform the following tasks to enable cost-based load balancing on the new unit:
  - Reapply the patch by running the **im** command.

    For example:

    `im /var/tmp/linkcost.im`
  - After reapplying the patch, run the following commands:

    `tmsh modify /sys db gtm.loadlinkcost value disable`

    `tmsh modify /sys db gtm.loadlinkcost value enable`

    *Note: You can alternatively reboot the unit to enable the patch.*

- If you add a new blade to your VIPRION chassis, you will need to perform the following tasks to reapply the patch on the new blade:
  - Reapply the patch by running the **Im** command.

    For example:

    `im /var/tmp/linkcost.im`
  - After reapplying the patch, run the following commands on the primary blade in the VIPRION chassis:

    `tmsh modify /sys db gtm.loadlinkcost value disable`

    `tmsh modify /sys db gtm.loadlinkcost value enable`

    *Note: You can alternatively reboot the replacement blade to enable the patch.*

### Supplemental Information

- SOL167: Downloading software and firmware from F5

---

**Was this resource helpful in solving your issue?**

- Yes - this resource was helpful
- No - this resource was not helpful
- I don't know yet

NOTE: Please do not provide personal information.

**Additional Comments** (optional)

Type your comment here (1000 character limit)...

Please enter the words to the right:

Reload  Audio  Help

Submit

How to Buy
Join DevCentral
Ask a Question
Email Preferences

Contact F5
Careers
Events

Policies
Trademarks

©2014 F5 Networks, Inc. All rights r

https://support.f5.com/kb/en-us/solutions/public/15000/800/sol15834.html 3/3