1  FABIO E. MARINO (SBN 183825)
   fmarino@mwe.com
2  A. MARISA CHUN (SBN 160351)
   mchun@mwe.com
3  L. KIERAN KIECKHEFER (SBN 251978)
   kkieckhefer@mwe.com
4  NITIN GAMBHIR (SBN 259906)
   ngambhir@mwe.com
5  BARRINGTON DYER (SBN 264762)
   bdyer@mwe.com
6  TERI H.P. NGUYEN (SBN 267498)
   thpnguyen@mwe.com
7  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
8  Menlo Park, CA 94025-4004
   Telephone:  650 815 7400
9  Facsimile:  650 815 7401

10 Attorneys for Plaintiffs and Counterclaim-Defendants
   RADWARE, LTD. AND RADWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>Plaintiffs, Counterclaim-Defendants,<br><br>v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>Defendant, Counterclaim-Plaintiff. | CASE NO. 5:13-cv-02024 RMW<br>(Related Case No. 5:13-cv-02021 RMW)<br><br>**RADWARE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF RADWARE'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS AND CERTAIN DOCUMENTS IN SUPPORT THEREOF**<br><br>Judge:  Hon. Ronald M. Whyte |

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs and Counterclaim-Defendants Radware, Ltd. and Radware, Inc., (collectively "Radware") hereby move this Court for administrative relief to file under seal portions of Radware's Reply in support of its Motion for Sanctions ("Reply"), and documents in support thereof. The supporting Declaration of Teri H.P. Nguyen ("Nguyen FUS Declaration"), filed herewith, sets forth the basis for asserting confidentiality and grounds for filing under seal.

Radware respectfully requests to seal portions of its Reply that cite to and/or reference statements and information contained in testimony given during deposition with the expectation of confidentiality and exhibits that were produced in this case and designated by the parties as "Highly Confidential – Attorney's Eyes Only" under the Stipulated Protective Order (Dkt. No. 37).

Compelling reasons exist to seal this information that outweigh the public's interest in disclosure because the information may become a vehicle for improper release of trade secrets or disclosure of highly confidential, sensitive business discussions, information, and strategy belonging to both Radware and F5. Public disclosure is further unnecessary as the public will gain little to no value from their disclosure whereas both Radware and F5 are likely to suffer undue prejudice from their public disclosure.

Radware requests that the following Exhibit attached to the Declaration of Teri H.P. Nguyen in support of Radware's Reply:

| Exhibit to the Nguyen Declaration | Description and Basis for Sealing |
|---|---|
| Exhibit P | Exhibit P is a true and correct copy of excerpts of the deposition transcript of F5's Rule 30(b)(6) witness, Peter Thornewell, taken on November 12, 2014 regarding the operation and functionality of the Accused Products, including a discussion about F5's source code files. F5 has designated Mr. Thornewell's deposition as highly confidential, requesting that it be filed under seal. Nguyen FUS Decl., at ¶¶ 3-4. |

As explained above, Exhibit P is an excerpt from the deposition transcript of F5's technical expert, Dr. Peter Alexander regarding the functionality not only of F5's Accused Products, but the underlying source code accused of infringement. F5 considers Dr. Alexander's testimony to be highly confidential and proprietary in nature, and has designated them as such. Therefore, Radware requests that Exhibit P, and any references thereto in Radware's Reply, be redacted, and be filed under seal accordingly. *See* Nguyen FUS Decl., at ¶¶ 3-4.

Additionally, Radware requests certain portions of its Reply also be filed under seal, including but not limited to those portions that refer to and/or discuss the Exhibit P identified above, as well as other exhibits previously filed under seal in support of Radware's moving papers and/or those exhibits already on the docket for which under seal filing had been requested. Nguyen FUS Decl., at ¶ 5. Specifically, pages 3:15-16, 23-24; 4:1-6, 10-11, 22-23, 25; 5:1, 27-28; and 6:7-8, 14-15 of Radware's Reply brief should be redacted from the public record. *Id.*

For the public's benefit, Radware will file a redacted version of its Reply and submit an unredacted highlighted version of its Reply to the Court. *Id.* at ¶ 6. The proposed sealing is narrowly tailored and no less restrictive means exists to achieve this overriding interest. *Id.*

The Nguyen Declaration in Support of Radware's Unopposed Administrative Motion for Leave to File Under Seal and Proposed Order are concurrently filed herewith. Radware respectfully requests that the Court enter the concurrently filed [Proposed] Order granting leave to file under seal the above identified documents.

Dated: July 14, 2015  Respectfully submitted,

McDERMOTT WILL & EMERY LLP


By: */s/ Teri H.P. Nguyen*
Teri H.P. Nguyen

Attorneys for Plaintiffs and Counterclaim-Defendants RADWARE, LTD. and RADWARE, INC.