Christopher Kao, Cal Bar No. 237716
CKao@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-838-4300 / Fax: 650-838-4350

Ramsey M. Al-Salam, Cal Bar No. 109506
RAlsalam@perkinscoie.com
Nathaniel E. Durrance, Cal Bar No. 229210
NDurrance@perkinscoie.com
Stevan R. Stark *(Admitted Pro Hac Vice)*
SStark@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000 / Fax: 206-359-9000

Daniel T. Keese, Cal Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Tel: 503-727-2000 / Fax: 503-727-2222

Attorneys for Defendant/Counterclaim-Plaintiff
F5 Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., and RADWARE, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> F5 NETWORKS, INC., <br><br> Defendant and Counterclaim Plaintiff. | Case No. 5:13-CV-02024-RMW <br> (Related Case No. C-13-02021-RMW) <br><br> DEFENDANT F5 NETWORKS, INC.'S REQUEST AND [] ORDER ALLOWING EQUIPMENT INTO COURTROOM <br><br> Date:  July 24, 2015 <br> Time:  9:00 a.m. <br> Dept.:  Courtroom 6, 4th Floor <br> Judge:  Hon. Ronald M. Whyte |

1    Defendant and Counterclaim-Plaintiff F5 Networks, Inc. ("F5") respectfully request
2  permission for an order allowing equipment to be brought into the courtroom of the Honorable Judge
3  Ronald M. Whyte for motion hearings in the above referenced case on July 24, 2015.  Specifically, F5
4  requests permission to bring a projector, laptop computer and necessary accessories into the
5  courtroom.
6    UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that F5's request is
7  GRANTED.  F5 is granted permission to bring a projector, laptop computer and necessary accessories
8  into the courtroom for the hearing on July 24, 2015.
9    IT IS SO ORDERED.

10
11  Dated:

*[signature: Ronald M. Whyte]*

Honorable Judge Ronald M. Whyte
12  United States District Judge

13
14  [highlighted garbled text]