UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>Plaintiffs, Counterclaim-Defendants,<br><br>v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>Defendant, Counterclaim-Plaintiff. | CASE NO. 5:13-cv-02024 RMW<br>(Related Case No. 5:13-cv-02021 RMW)<br><br>**[] ORDER GRANTING WITHDRAWAL OF SRULI YELLIN AS ATTORNEY OF RECORD**<br><br>Judge:    Hon. Ronald M. Whyte<br>Location: Ctrm 6, 4th Floor |

1   **IT IS HEREBY ORDERED THAT**, pursuant to Civil L.R. 11-5, Sruli Yellin is
2   permitted to withdraw from the above-captioned action.
3   **IT IS FURTHER ORDERED THAT** the above-referenced attorney shall be removed
4   from the electronic filing notification for this case.
5   **IT IS SO ORDERED.**

7   Dated: _____, 2015

8   By: *Ronald M. Whyte*
     The Honorable Ronald M. Whyte
9    United States District Judge

1    [] ORDER GRANTING
     WITHDRAWAL OF SRULI YELLIN
     CASE NO. 5:13-CV-02024 RMW