1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RADWARE, LTD., et al.,

          Plaintiffs,

    v.

F5 NETWORKS, INC.,

          Defendant.

Case No. 5:13-cv-02024-RMW

**ORDER ON: (1) RADWARE'S MOTION TO STRIKE; (2) F5'S MOTION FOR JUDGMENT ON THE PLEADINGS; (3) F5'S MOTION TO AMEND INVALIDITY CONTENTIONS; (4) F5'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY; (5) RADWARE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON INVALIDITY; (6) RADWARE'S MOTION FOR SANCTIONS; (7) RADWARE'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT; (8) F5'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT; (9) F5'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES**

## REDACTED

Re: Dkt. Nos. 180, 182, 183, 187, 189, 190, 201, 207, and 212

Defendant F5 Networks, Inc. ("F5") and plaintiffs Radware, Inc. and Radware Ltd. (collectively "Radware") bring the following motions: (1) Radware's Motion to Strike, Dkt. No. 201; (2) F5's Motion for Judgment on the Pleadings, Dkt. No. 180; (3) F5's Motion to Amend Invalidity Contentions, Dkt. No. 212; (4) F5's Motion for Summary Judgment of Invalidity, Dkt.

1

No. 183; (5) Radware's Motion for Partial Summary Judgment Motion Against F5's Affirmative Defense of Invalidity, Dkt. No. 189; (6) Radware's Motion for Sanctions, Dkt. No. 207; (7) Radware's Motion for Summary Judgment of Infringement, Dkt. No. 182; (8) F5's Motion for Summary Judgment of Non-Infringement, Dkt. No. 190; and (9) F5's Motion for Summary Judgment on Damages Issues, Dkt. No. 187. The court has reviewed the papers filed and heard the argument of counsel. The court rules on the motions as set forth below.

**REDACTED**

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

1

**REDACTED**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REDACTED**

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**REDACTED**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

1      **REDACTED**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

1

**REDACTED**

2

3

4

5

6

7

8

9

10

11

12

13

United States District Court
Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

1

**REDACTED**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

24

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REDACTED**

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

1

**REDACTED**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

1

**REDACTED**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

United States District Court
Northern District of California

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

United States District Court
Northern District of California

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

United States District Court
Northern District of California

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

44

**REDACTED**

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

**REDACTED**

## VII.   CONCLUSION

For the reasons explained above, the court orders as follows:

- Radware's Motion to Strike is:
  - o  GRANTED as to F5's Section 101 invalidity defense and F5's Motion for Judgment on the Pleadings;
  - o  DENIED as to those portions of F5's Motion for Summary Judgment that rely upon GSLB;
  - o  GRANTED as to those portions of F5's Motion for Summary Judgment that rely upon BGP; and
  - o  DENIED as to the declaration of Dr. Peter Alexander.
- F5's Motion for Judgment on the Pleadings is DENIED.
- F5's Motion to Amend its Invalidity Contentions is DENIED.
- Radware's Motion for Sanctions under Rule 37 is DENIED subject to the conditions specified.
- Radware's Motion for Summary Judgment regarding F5's invalidity affirmative defense is:
  - o  DENIED as to the allegedly abandoned prior art references;
  - o  GRANTED as to the testbed systems as prior art;
  - o  DENIED as to the Maki-Kullas patent; and
  - o  DENIED as to the Cisco DD white paper references.
- F5's Motion for Summary Judgment of Invalidity is:

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT

United States District Court
Northern District of California

- DENIED that GSLB anticipates the Asserted Patents;

- DENIED that BGP anticipates the Asserted Patents; and

- DENIED that the Asserted Patents are obvious.

- On the infringement motions:

  - Per the parties' agreement, F5's Motion for Summary Judgment of no direct infringement of the asserted method claims[29] is GRANTED (pre- and post-hotfix).

  - Radware's Motion for Summary Judgment of Infringement is GRANTED as to claim 24 of the '319 Patent (pre-hotfix).

  - F5's Motion for Summary Judgment of Non-Infringement is GRANTED as to '319 Patent claim 10 (pre- and post-hotfix direct infringement).

  - Both parties' motions are DENIED as to the remaining claims/products.

- F5's Motion for Summary Judgment on damages is GRANTED as to pre-complaint damages and lost profits on the LTM and GTM sales and DENIED as to willfulness on pre-hotfix products.

- F5 has 30 days from the date of this order to make its updated, post-hotfix source code available for inspection to Radware and provide Mr. Thornewell or a mutually agreed witness to testify about it. At that point, F5 may renew its Motion for Summary Judgment of Non-Infringement as to post-hotfix products.

- The court has filed an unredacted copy of this order under seal. If a party believes that the redacted portion discloses confidential information, it must file a version of the order with proposed redactions and provide a declaration setting forth the bases for asserting confidentiality. The declaration and proposed redactions may be filed under seal. The court will evaluate any such confidentiality contention and make a decision whether to approve the proposed redaction or to remove it, thus rendering the underlying content public. Any proposed redactions and declarations in support must be filed by October 26, 2015. Any

---

[29] '319 Patent claims 13–23 and 26–28; '374 Patent claims 1–4 and 6–7.

United States District Court
Northern District of California

responses to the proposed redactions must be filed by November 3, 2015. Thereafter, a copy of this order with the approved redactions will be made public.

**IT IS SO ORDERED.**

Dated: October 15, 2015



Ronald M. Whyte
United States District Judge

5:13-cv-02024-RMW
ORDER ON MOTIONS FOR SUMMARY JUDGMENT