UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., and RADWARE, INC.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 5:13-cv-02024-RMW<br>(Related Case No. C-13-02021-RMW)<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF CHRISTOPHER KAO**<br><br>Judge:    Hon. Ronald M. Whyte<br>Location:  Courtroom 6, 4th Floor |

1  IT IS HEREBY ORDERED THAT, pursuant to Civil L.R. 11-5, Christopher Kao is
2  permitted to withdraw from the above-captioned action.
3  IT IS FURTHER ORDERED THAT the above-referenced attorney shall be removed
4  from the electronic filing notification for this case.
5  IT IS SO ORDERED.

6
7  DATED: """""3213714237           By:  *Ronald M. Whyte*
                                               The Honorable Ronald M. Whyte
                                               United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28