Michael J. Engle, Cal Bar No. 259476
MEngle@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-838-4300 / Fax: 650-838-4350

Ramsey M. Al-Salam, Cal Bar No. 109506
RAlsalam@perkinscoie.com
Nathaniel E. Durrance, Cal Bar No. 229210
NDurrance@perkinscoie.com
Stevan R. Stark *(Admitted Pro Hac Vice)*
SStark@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000 / Fax: 206-359-9000

Daniel T. Keese, Cal Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Tel: 503-727-2000 / Fax: 503-727-2222

Attorneys for Defendant/Counterclaim-Plaintiff
F5 Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., and RADWARE, INC.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 5:13-CV-02024-RMW<br>(Related Case No. C-13-02021-RMW)<br><br>RADWARE'S AND F5 NETWORKS' JOINT REQUEST AND [PROPOSED] ORDER ALLOWING EQUIPMENT INTO COURTROOM<br><br>Date:    October 27, 2015<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 6, 4th Floor<br>Judge:  Hon. Ronald M. Whyte |

1   Plaintiffs and Counterclaim Defendants Radware, Ltd. and Radware, Inc. ("Radware")
2 and Defendant and Counterclaim-Plaintiff F5 Networks, Inc. ("F5") respectfully request
3 permission for an order allowing equipment to be brought into the courtroom of the Honorable Judge
4 Ronald M. Whyte for the Markman and motion hearings in the above referenced case on October 27,
5 2015.  Specifically, the parties request permission to bring a projector, projector stand, laptop
6 computers and necessary accessories into the courtroom.
7   UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the joint request is
8 GRANTED.  Radware and F5 are granted permission to bring a projector, projector stand, laptop
9 computers and necessary accessories into the courtroom for the hearings on October 27, 2015.
10   IT IS SO ORDERED.

Dated:   10/26/2015

*Ronald M. Whyte*
Honorable Judge Ronald M. Whyte
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2015, I caused copies of the foregoing document to be served in the manner indicated below to the following counsel of record:

**VIA ECF**

Fabio E. Marino
Marisa Chun
Kieran Kieckhefer
Nitin Gambhir
Barrington Dyer
Teri H.P. Nguyen
McDermott Will & Emery, LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
F5-Radware Service@mwe.com

*Attorneys for Plaintiffs and Counterclaim Defendants Radware, Ltd. and Radware, Inc.*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Stevan R. Stark*
　　　　　　　　　　　　　　　　　　　　　　Stevan R. Stark