UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant. | Case No. 13-cv-02024-RMW<br><br>**ORDER UNSEALING COURT'S ORDER DENYING RADWARE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Re: Dkt. No. 272, 273 |

The court denied Radware's motion for summary judgment of non-infringement on November 6, 2015. The court filed an unredacted version of the order under seal and instructed the parties to propose redactions for any portions of the order that the parties believed disclosed confidential information by November 20, 2015. Neither party filed proposed redactions. Therefore, the court will publicly file an unredacted version of its November 6, 2015 order.

**IT IS SO ORDERED.**

Dated: November 24, 2015

                                                                           
Ronald M. Whyte
United States District Judge