UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADWARE, LTD., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:13-cv-02024-RMW<br><br>**ORDER RE: MOTIONS TO SEAL** |

Before the court are administrative motions to seal a number of documents related to the parties' summary judgment briefing. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)). Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point." *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure. *Id.* at 1178-79.

A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed, *see Kamakana*, 447 F.3d at

1179-80, but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed. *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)." Civ. L.R. 79-5(b) (requiring the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," and an "unreadacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version."). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1).

With these standards in mind, the courts rules on the instant motions as follows.

Preliminarily, the court grants F5's motion to remove incorrectly filed documents, Dkt. No. 220.

| **Motion to Seal** | **Document to be Sealed** | **Ruling** | **Reason/Explanation** |
|---|---|---|---|
| 179 | Radware MSJ Infringement (179-4) | GRANTED-IN-PART and DENIED-IN-PART. | Not narrowly tailored. See rulings on cited documents below. |
| 179 | Exhibit 4: Stamm Deposition (179-6) | DENIED. | No supporting declaration filed; not narrowly tailored. |

| | | | |
|---|---|---|---|
| 179 | Exhibit 7: F5 email (179-7) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 8: Needham deposition (179-8) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 9: F5 document (179-9) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |
| 179 | Exhibit 11: F5 email (179-10) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |
| 179 | Exhibit 12: F5 document (179-11) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |
| 179 | Exhibit 13: F5 document (179-12) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |
| 179 | Exhibit 14: F5 email (179-13) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 15: Needham email (179-14) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 16: Needham email (179-15) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 17: F5 email (179-16) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 18: Radware Test (179-17) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |
| 179 | Exhibit 19: Thornewell deposition (179-18) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 24: Alexander deposition (179-19) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 25: Masters deposition (179-20) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 26: Brewer deposition (179-21) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |

| | | | |
|---|---|---|---|
| 179 | Exhibit 27: Skene deposition (179-22) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |
| 179 | Exhibit 28: F5 interrogatory response (179-23) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 179 | Exhibit 31: Melton deposition (179-24) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |
| 179 | Rubin Infringement Declaration Ex. 1 and C1 – C-3 (179-26 – 179-29) | GRANTED as to charts C-1 – C-3. DENIED as to main expert report (179-26). | Radware failed to propose narrowly tailored redactions to report, much of which is unrelated to confidential business information. Charts cite many confidential documents. |
| 181 | F5 MSJ on Invalidity | GRANTED as to proposed redactions (yellow highlighting) at pages 12:8–17, 21:24–22:1, 22:25–26, and 24:1–3, otherwise DENIED. | Narrowly tailored to confidential business information. |
| 181 | Exhibit 1: Peles Deposition (181-6) | GRANTED. | Narrowly tailored to confidential business information. |
| 181 | Exhibit 2: Rubin Deposition (181-8) | DENIED. | Not narrowly tailored; filed excerpts relate largely to prior art. |
| 181 | Exhibit 18: Internal F5 Document (181-10) | GRANTED. | Narrowly tailored to confidential business information. |
| 184 | Brewer Decl. (184-4) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 184 | F5 MSJ on Damages (184-6) | DENIED as to redactions (yellow highlighting) at 2:21-3:2; 17:10-15; otherwise GRANTED. | Narrowly tailored to confidential business information. |
| 184 | Exhibit 1: Trachtman Depo (184-8) | DENIED. | No confidential information. |
| 184 | Exhibit 2: Peles Depo (185-2) | DENIED. | No confidential information. |
| 184 | Exhibit 3: Brewer Depo (184-10) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |

| | | | |
|---|---|---|---|
| 184 | Exhibit 4: Darwin Depo (184-12) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 184 | Exhibit 6: Stamm Report Excerpts (184-14) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 184 | Exhibit 8: Radware Sales (185-2) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |
| 184 | Exhibit 9: Brain Depo (184-16) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 184 | Exhibit 10: Malackowski Rep. Excerpts (185-3) | DENIED. | Not narrowly tailored. Radware revealed some of the information from the report in Dkt. No. 205 at 23-24. |
| 186 | Radware MSJ on Invalidity (186-4) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 186 | Exhibit 1: Stamm Depo (186-6) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 186 | Exhibit 2: Zisapel Depo (186-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Exhibit 3: Zisapel email (186-8) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Exhibit 4: Peles Depo (186-9) | GRANTED | Narrowly tailored to confidential business information. |
| 186 | Exhibit 7: Alexander Depo (186-10) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 186 | Exhibit 12: Masters Depo (186-11) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 186 | Exhibit 13: Thornewell Depo (186-12) | DENIED. | No supporting declaration filed; contains no confidential information. |
| 186 | Exhibit 15: Cisco White Paper (186-13) | DENIED. | No supporting declaration filed; not narrowly tailored. |

| | | | |
|---|---|---|---|
| 186 | Exhibit 19: Internal Radware Document (186-14) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Exhibit 20: Internal Radware Document (186-15) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Exhibit 21: Internal Radware Document (186-16) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Exhibit 22: Internal Radware Document (186-17) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Exhibit 23: Internal Radware Document (186-18) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Exhibit 24: Internal Radware Document (186-19) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Exhibit 25: Internal Radware Document (186-20) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Exhibit 26: Internal Radware email (186-21) | GRANTED. | Narrowly tailored to confidential business information. |
| 186 | Rubin Declaration (186-23) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 186 | Rubin Declaration Exhibit 1: Rubin Rebuttal Report (186-24) | GRANTED as to proposed redactions at ¶ 39, l.4; ¶ 40, l.3; ¶¶ 68–71; ¶¶173–176. | Narrowly tailored to confidential business information. |
| 188 | F5 MSJ Noninfringement (188-4) | GRANTED as to proposed redactions (blue highlighting). | Narrowly tailored to confidential business information. |
| 188 | Thornewell Decl. (188-6) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 188 | Exhibit 1: Rubin Depo (188-8) | GRANTED. | Narrowly tailored to confidential business information. |
| 188 | Exhibit 3: Rubin Infringement Chart (188-10) | GRANTED in its entirety. | Narrowly tailored to confidential business information. |
| 188 | Exhibit 4: Alexander Report (188-12) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |

| | | | |
|---|---|---|---|
| 196 | F5 Opp. to Radware MSJ on Invalidity (196-4) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 198 | Exhibit 1: Masters Depo (198-4) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 198 | Exhibit 2: Thornewell Depo (198-6) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 198 | Exhibit 3: Stamm Report (198-8) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 198 | Exhibit 4: Brewer Depo. (198-10) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 198 | Exhibit 9: Alexander Report (198-12) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 198 | F5 Opp. to Radware MSJ Infringement (198-14) | GRANTED as to proposed redactions (blue highlighting). | Narrowly tailored to confidential business information. |
| 200 | Radware Opp. to F5 MSJ Non-Infringement (200-4) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 200 | Exhibit A: Alexander Deposition (200-6) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 200 | Exhibit B: Thornewell Deposition (200-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 202 | Radware Opp. to F5 MSJ on Invalidity (202-4) | GRANTED as to proposed redactions (highlights) at 4:10-28; 5:1-8; 6:2, 10; 9:22-28; 10:1-5; 22:15-17; and 24:7-8<br><br>DENIED as to proposed redactions (highlights) at 9:20- and 22; 22:11-12, 18-22. | *See* ruling on Dkt. No. 202-6. Remaining proposals are narrowly tailored to confidential business information. |
| 202 | Exhibit B: F5 White Paper (202-6) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Radware's Opposition to F5's MSJ on Damages (204-4) | GRANTED as to redactions (yellow highlighting) at 2:4-15; 14:24-25; 15:4-12; 16:9-18; otherwise DENIED. | No supporting declaration filed re:F5's information; not narrowly tailored. |

| 204 | Exhibit 1: Schaller Depo (204-6) | DENIED. | No supporting declaration filed; not narrowly tailored. |
|---|---|---|---|
| 204 | Exhibit 2: Zisapel Depo (204-7 – 204-8) | GRANTED. | Narrowly tailored to confidential business information. |
| 204 | Exhibit 3: Trachtman Depo. (204-9) | GRANTED. | Narrowly tailored to confidential business information. |
| 204 | Exhibit 9: Skene email (204-10) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 10: Campa Depo. (204-11) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 11: Campa email (204-12 – 204-15) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 12: Campa email (204-16) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 13: Campa email (204-17) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 14: Notice of Allowance (204-18) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 15: F5 Interrogatory responses (204-19) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 16: Campa letter (204-20) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 18: Campa email (204-21) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 19: Campa email (204-22) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 20: Campa email (204-23) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 23: F5 CAT email (204-24) | DENIED. | No supporting declaration filed; not narrowly tailored. |

| | | | |
|---|---|---|---|
| 204 | Exhibit 24: Stamm Depo. (204-25) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 25: Melton Depo. (204-26) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 26: Stamm Rep. (204-27) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 27: Darwin Depo. (204-28) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 28: Brewer Depo. (204-29) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 29: Cherkassky Depo. (204-30) | GRANTED. | Narrowly tailored to confidential business information. |
| 204 | Exhibit 30: Malackowski Depo. (204-31) | DENIED. | Not narrowly tailored. |
| 204 | Exhibit 31: Brewer email (204-32) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 32: Peles depo. (204-33) | DENIED. | Contains no confidential information. |
| 204 | Exhibit 33: Brewer email (204-34) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 34: Brewer email (204-35) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 35: Brewer email (204-36) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 36: Rubin depo. (204-37) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 38: Banks depo. (204-38) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 204 | Exhibit 40: Brain depo. (204-39) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 206 | Exhibit A: 30(b)(6) letter (206-4) | DENIED. | No supporting declaration filed; not narrowly tailored. |

| | | | |
|---|---|---|---|
| 206 | Exhibit B: Radware: Discovery Responses (206-5) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 206 | Exhibit D: Brewer Depo. (206-6) | GRANTED. | Narrowly tailored to confidential business information. |
| 206 | Exhibit E: Alexander Depo. (206-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 206 | Exhibit G: Brain Depo. (206-8) | GRANTED. | Narrowly tailored to confidential business information. |
| 206 | Exhibit H: Malackowski Report (206-9) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 206 | Exhibit I: F5 Responses to Interrogatories (206-10) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 206 | Exhibit K: Radware RFP (206-11) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 209 | Radware Reply in Support of MSJ on Invalidity (209-4) | GRANTED as to redactions (highlighting). | Narrowly tailored to confidential business information. |
| 209 | Exhibit A: Alexander Report (209-6) | DENIED | No supporting declaration filed; not narrowly tailored. |
| 209 | Exhibit B: Zisapel Depo (209-8) | GRANTED. | Narrowly tailored to confidential business information. |
| 209 | Exhibit C: Alexander Depo (209-10) | DENIED | No supporting declaration filed; not narrowly tailored. |
| 209 | Exhibit D: Cherkassky Depo (209-12) | GRANTED. | Narrowly tailored to confidential business information. |
| 209 | Exhibit E: Zisapel Depo, Email (209-14) | GRANTED. | Narrowly tailored to confidential business information. |
| 210 | Radware Reply re: Infringement (210-3) | DENIED as to redactions at page 9 (yellow highlighting); otherwise GRANTED | Narrowly tailored to confidential business information. |
| 210 | Rubin Supp. Decl. (210-11) | GRANTED. | Narrowly tailored to confidential business information. |

| 210 | Exhibit 33: Alexander Dep. (210-7) | DENIED. | No supporting declaration from F5 filed; not narrowly tailored. |
|---|---|---|---|
| 210 | Exhibit 34: Brewer Dep. (210-9) | GRANTED. | Narrowly tailored to confidential business information. |
| 214 | Exhibit 1: Rubin Depo Excerpts (214-6) | DENIED. | Declaration does not specify what information is confidential. |
| 215 | F5 Reply In Support of Motion For Summary Judgement on Damages Issues (215-3) | GRANTED as to redactions (blue highlighting). | Narrowly tailored to confidential business information. |
| 215 | Declaration of Ramsey Al-Salam (215-5) | GRANTED as to proposed redactions (blue highlighting). | Narrowly tailored to confidential business information. |
| 215 | Exhibit 1: Radware sales reports (215-7) | GRANTED (sealed in its entirety) | Narrowly tailored to confidential business information. |
| 215 | Exhibit 2: Radware sales reports (215-8) | GRANTED (sealed in its entirety) | Narrowly tailored to confidential business information. |
| 215 | Exhibit 3: Schaller Depo. (215-9) | GRANTED as to proposed redactions. | Narrowly tailored to confidential business information. |
| 215 | Exhibit 4: Brewer Depo. (215-11) | DENIED. | No motion or supporting declaration filed. |
| 217 | Motion for Summary Judgment of Noninfringement (217-3) | GRANTED as to proposed redactions (blue highlighting). | Narrowly tailored to confidential business information. |
| 217 | Exhibit 1: Malackowski Depo. (217-6) | DENIED. | No motion or supporting declaration filed. |
| 217 | Exhibit 2: Alexander Non-Infringement Report (217-7) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 217 | Exhibit 3: Rubin Depo. (217-9) | GRANTED. | Narrowly tailored to confidential business information. |

| 217 | Exhibit 4: Brewer Depo. (217-10) | GRANTED as to redactions at 45:3-25 (yellow highlighting); otherwise DENIED. | Narrowly tailored to confidential business information. The parties cannot redact the title page of the deposition. |
|---|---|---|---|
| 217 | Exhibit 5: Alexander Depo. (217-12) | GRANTED as to proposed redactions (yellow highlighting). | Narrowly tailored to confidential business information. |
| 218 | Exhibit 3: Brewer Depo. Excerpts (218-7) | DENIED. | No motion or supporting declaration filed. |
| 218 | Exhibit 4: Alexander Rebuttal Report (221-1) | GRANTED as to proposed redactions (red boxes). | Narrowly tailored to confidential business information. |
| 218 | Exhibit 5: Rubin Initial Report (221-3) | GRANTED as to proposed redactions (red boxes). | Narrowly tailored to confidential business information. |
| 225 | Exhibit P: Thornewell Depo. Excerpts (225-10) | DENIED. | No supporting declaration filed; not narrowly tailored. |
| 225 | Radware's Reply in support of Motion for Sanctions (225-3) | DENIED. | No supporting declaration filed; redactions do not refer to any specific source code. |

All denials are without prejudice. The parties shall file, within 14 days, (1) versions of documents with only the redactions approved by this order or (2) revised sealing motions for the court's consideration addressing the court's reasons for denial discussed above. Failure to comply with this order will result in the clerk unsealing the documents listed above for which a motion to seal has been denied.

**IT IS SO ORDERED.**

Dated: December 4, 2015

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge