FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
A. MARISA CHUN (SBN 160351)
mchun@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     650 815 7400
Facsimile:      650 815 7401

Attorneys for Plaintiffs and Counterclaim-Defendants
RADWARE, LTD. AND RADWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>    Plaintiffs, Counterclaim-Defendants,<br><br>    v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>    Defendant, Counterclaim-Plaintiff. | CASE NO. 5:13-cv-02024 RMW<br>(Related Case No. 5:13-cv-02021 RMW)<br><br>**PLAINTIFFS RADWARE, LTD. AND RADWARE, INC.'S REQUEST AND ORDER ALLOWING EQUIPMENT INTO COURTROOM**<br><br>Date:       January 8, 2016<br>Time:      9:00 a.m.<br>Location: Courtroom 6, 4th Floor<br>Judge:    Hon. Ronald M. Whyte |

Plaintiffs and Counterclaim-Defendants Radware, Ltd. and Radware, Inc. (collectively "Radware") respectfully request permission for an order allowing equipment to be brought into the courtroom of the Honorable Judge Ronald M. Whyte for motion hearings in the above referenced case on January 8, 2016. Specifically, Radware requests permission to bring a projector, laptop computer and necessary accessories into the courtroom.

UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Radware's request is GRANTED. Radware is granted permission to bring a projector, laptop computer and necessary accessories into the courtroom for the hearing on January 8, 2016.

**IT IS SO ORDERED.**

Dated: 1/8/2016

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

RADWARE'S REQUEST AND ORDER
ALLOWING EQUIPMENT INTO COURTROOM
CASE NO. 5:13-CV-02024 RMW