1  Michael J. Engle, Cal Bar No. 259476
   MEngle@perkinscoie.com
2  PERKINS COIE LLP
3  3150 Porter Drive
   Palo Alto, CA 94304-1212
4  Tel: 650-838-4300 / Fax: 650-838-4350

5  Ramsey M. Al-Salam, Cal Bar No. 109506
   RAlsalam@perkinscoie.com
6  Christina J. McCullough, Cal Bar No. 245944
7  CMcCullough@perkinscoie.com
   Nathaniel E. Durrance, Cal Bar No. 229210
8  NDurrance@perkinscoie.com
   Stevan R. Stark *(Admitted Pro Hac Vice)*
9  SStark@perkinscoie.com
   PERKINS COIE LLP
10 1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
11 Tel: 206-359-8000 / Fax: 206-359-9000

12
   Daniel T. Keese, Cal Bar No. 280683
13 DKeese@perkinscoie.com
   PERKINS COIE LLP
14 1120 NW Couch Street, Tenth Floor
15 Portland, OR 97209-4128
   Tel: 503-727-2000 / Fax: 503-727-2222

16
   Attorneys for Defendant/Counterclaim-Plaintiff
17 F5 Networks, Inc.

18
                       UNITED STATES DISTRICT COURT
19
                     NORTHERN DISTRICT OF CALIFORNIA
20
                              SAN JOSE DIVISION
21

22 RADWARE, LTD., and RADWARE, INC.,        Case No. 5:13-CV-02024-RMW
                                            (Related Case No. C-13-02021-RMW)
23     Plaintiffs and Counterclaim
       Defendants,                          **DEFENDANT F5 NETWORKS, INC.'S
24                                          REQUEST AND [PROPOSED] ORDER
       v.                                   ALLOWING EQUIPMENT INTO
25                                          COURTROOM**
   F5 NETWORKS, INC.,
26                                          Date:   February 4, 2016
       Defendant and Counterclaim           Time:   2:00 p.m.
27     Plaintiff.                           Dept.:  Courtroom 6, 4th Floor
                                            Judge:  Hon. Ronald M. Whyte
28

1  Defendant and Counterclaim-Plaintiff F5 Networks, Inc. ("F5") respectfully request
2  permission for an order allowing equipment to be brought into the courtroom of the Honorable Judge
3  Ronald M. Whyte for the pretrial conference and motions hearing in the above-referenced case on
4  February 4, 2016 at 2:00 p.m..  Specifically, F5 requests permission to bring a projector, laptop
5  computer and necessary accessories into the courtroom.

6  UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that F5's request is
7  GRANTED.  F5 is granted permission to bring a projector, laptop computer and necessary accessories
8  into the courtroom for the hearing on February 4, 2016.

9  IT IS SO ORDERED.

Dated:  2/3/2016

*Ronald M. Whyte*
Honorable Judge Ronald M. Whyte
United States District Judge