UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant. | Case No. 13-cv-02024-RMW<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON MOTIONS IN LIMINE RELATED TO LOST PROFITS** |

At the pretrial conference on February 4, 2016, the court determined that supplemental briefing on certain issues involving lost profits would be helpful. By 5 p.m. on Tuesday, February 9, 2016,[1] the parties shall file supplemental briefs addressing the following questions and any other points that the parties believe would assist the court in deciding the pending motions. The supplemental briefs shall not exceed twelve (12) pages. The pretrial conference and hearing on motions in limine is continued until February 11, 2016 at 2:00 p.m.

    1.    Is the *Panduit* test even appropriate for the determination of lost profits in cases such as this one, in which the patented feature is not the primary functionality of the patented and accused products?

    2.    How, if at all, does the TechValidate survey support the requested 12% lost profits

---

[1] This deadline is extended from the February 8, 2016 deadline discussed at the conference.

1
13-cv-02024-RMW
ORDER RE SUPPLEMENTAL BRIEFING ON MOTIONS IN LIMINE RELATED TO LOST PROFITS

figure for LTM and GTM? For what purposes (e.g. for which *Panduit* factors or other issues), if any, do the parties intend to rely on the TechValidate Survey at trial?

3. What specific evidence, other than the TechValidate survey, supports Radware's requested 12% lost profits figure for LTM and GTM?

4. If the court excludes the TechValidate Survey for all purposes, will there still be a triable issue for the jury on lost profits for LTM and GTM?

5. At the hearing, Radware represented that the product category for GTM Devices in Exhibit 3.1 to Malackowski's expert report includes devices for which GTM **and** LTM modules are licensed. Where are these product categories defined in Malackowski's report? Does Malackowski's report separately count devices for which GTM devices alone are licensed? How do these categories avoid double counting?

**IT IS SO ORDERED.**

Dated: February 5, 2016

_____
Ronald M. Whyte
United States District Judge