1  Victoria Q. Smith, Cal Bar No. 236045
   VSmith@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Tel: 650-838-4300 / Fax: 650-838-4350
4
5  Ramsey M. Al-Salam, Cal Bar No. 109506
   RAlsalam@perkinscoie.com
6  Christina J. McCullough, Cal Bar No. 245944
   CMcCullough@perkinscoie.com
7  Nathaniel E. Durrance, Cal Bar No. 229210
   NDurrance@perkinscoie.com
8  Stevan R. Stark *(Admitted Pro Hac Vice)*
   SStark@perkinscoie.com
9  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
10 Seattle, WA 98101-3099
   Tel: 206-359-8000 / Fax: 206-359-9000
11
12
   Daniel T. Keese, Cal Bar No. 280683
13 DKeese@perkinscoie.com
   PERKINS COIE LLP
14 1120 NW Couch Street, Tenth Floor
   Portland, OR 97209-4128
15 Tel: 503-727-2000 / Fax: 503-727-2222
16
   Attorneys for Defendant/Counterclaim-Plaintiff
17 F5 Networks, Inc.

18

UNITED STATES DISTRICT COURT

19

NORTHERN DISTRICT OF CALIFORNIA

20

SAN JOSE DIVISION

21

22 | RADWARE, LTD., and RADWARE, INC., | Case No. 5:13-CV-02024-RMW
   | | (Related Case No. C-13-02021-RMW)
23 | Plaintiffs and Counterclaim Defendants, |
24 | | **DEFENDANT F5 NETWORKS, INC.'S REQUEST AND [PROPOSED] ORDER ALLOWING EQUIPMENT INTO COURTROOM**
25 | v. |
26 | F5 NETWORKS, INC., | Date:   February 11, 2016
   | | Time:   2:00 p.m.
27 | Defendant and Counterclaim Plaintiff. | Dept.:  Courtroom 6, 4th Floor
   | | Judge:  Hon. Ronald M. Whyte

28

LEGAL129834291.1

1

F5'S REQUEST AND PROPOSED ORDER
ALLOWING EQUIPMENT INTO COURTROOM
CASE NO. 5:13-CV-02024-RMW

1  Defendant and Counterclaim-Plaintiff F5 Networks, Inc. ("F5") respectfully request
2  permission for an order allowing equipment to be brought into the courtroom of the Honorable Judge
3  Ronald M. Whyte for the pretrial conference and motions hearing in the above-referenced case on
4  February 11, 2016 at 2:00 p.m..  Specifically, F5 requests permission to bring a projector, laptop
5  computer and necessary accessories into the courtroom.

6  UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that F5's request is
7  GRANTED.  F5 is granted permission to bring a projector, laptop computer and necessary accessories
8  into the courtroom for the hearing on February 11, 2016.

9  IT IS SO ORDERED.

Dated:  2/9/2016

*Ronald M. Whyte*
Honorable Judge Ronald M. Whyte
United States District Judge