UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD. and RADWARE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>F5 NETWORKS, INC.,<br><br>  Defendant. | CASE NO.  5:13-cv-022024 RMW<br><br>**PLAINTIFFS RADWARE, LTD.'S AND RADWARE, INC.'S REQUEST AND [PROPOSED] ORDER ALLOWING EQUIPMENT INTO COURTROOM**<br><br>Ptrial Date: February 11, 2016<br>Time:        2:00 p.m.<br>Judge:       Hon. Ronald M. Whyte<br>Location:   Ctrm 6, 4th Floor |

1  Plaintiffs Radware, LTD. and Radware, Inc. (collectively, "Radware") respectfully
2  request permission for an order allowing equipment to be brought into the courtroom of the
3  Honorable Judge Ronald M. Whyte for the pretrial conference and motions hearing in the above-
4  referenced case on February 11, 2016 at 2:00 p.m.  Specifically, Radware requests permission to
5  bring a projector, laptop computer and necessary accessories into the courtroom.

6  **UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Radware's request
7  is GRANTED.  Radware is granted permission to bring a projector, laptop computer and
8  necessary accessories into the courtroom for the hearing on February 11, 2016.

9  **IT IS SO ORDERED.**

11  Dated:  2/9/2016

   *Ronald M. Whyte*
   HONORABLE RONALD M. WHYTE
   UNITED STATES DISTRICT JUDGE

REQUEST AND [PROPOSED] ORDER
ALLOWING EQUIPMENT INTO CTRM
CASE No. 5:13-CV-02024 RMW