1  Victoria Q. Smith, Cal Bar No. 236045
   VSmith@perkinscoie.com
2  PERKINS COIE LLP
3  3150 Porter Drive
   Palo Alto, CA 94304-1212
4  Tel: 650-838-4300 / Fax: 650-838-4350

5  Ramsey M. Al-Salam, Cal Bar No. 109506
   RAlsalam@perkinscoie.com
6  Christina J. McCullough, Cal Bar No. 245944
7  CMcCullough@perkinscoie.com
   Nathaniel E. Durrance, Cal Bar No. 229210
8  NDurrance@perkinscoie.com
   Stevan R. Stark *(Admitted Pro Hac Vice)*
9  SStark@perkinscoie.com
   PERKINS COIE LLP
10 1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
11 Tel: 206-359-8000 / Fax: 206-359-9000

12
   Daniel T. Keese, Cal Bar No. 280683
13 DKeese@perkinscoie.com
   PERKINS COIE LLP
14 1120 NW Couch Street, Tenth Floor
15 Portland, OR 97209-4128
   Tel: 503-727-2000 / Fax: 503-727-2222

16
   Attorneys for Defendant/Counterclaim-Plaintiff
17 F5 Networks, Inc.

18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
                          SAN JOSE DIVISION
21

22 RADWARE, LTD., and RADWARE, INC.,        Case No. 5:13-CV-02024-RMW
                                            (Related Case No. C-13-02021-RMW)
23      Plaintiffs and Counterclaim
        Defendants,                         **[PROPOSED] ORDER GRANTING
24                                          WITHDRAWAL OF MICHAEL J. ENGLE**
        v.
25
   F5 NETWORKS, INC.,
26
        Defendant and Counterclaim
27      Plaintiff.

28

1    IT IS HEREBY ORDERED THAT, pursuant to Civil L.R. 11-5, Michael J. Engle is
2 permitted to withdraw from the above-captioned action.
3    IT IS FURTHER ORDERED THAT the above-referenced attorney shall be removed
4 from the electronic filing notification for this case.
5    IT IS SO ORDERED.

DATED: __2/9/2016__      By: *Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge