UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>F5 NETWORKS, INC.,<br><br>              Defendant. | Case No. 5:13-cv-02024-RMW<br><br>**SUPPLEMENTAL PRETRIAL ORDER** |

The court hereby addresses additional pretrial matters:

1. The parties are to include in their jointly prepared written Juror Questionnaire the attached question regarding excuse from jury service for hardship. The attached question supersedes the hardship question on page 4 of the parties' proposed questionnaire.

2. The parties are to amend Preliminary Jury Instruction 4 to conform to the parties' stipulations and to omit any suggestion that the jury will decide the issue of infringement. If disagreement as to the substance of Preliminary Instruction 4 remains after the parties meet and confer about it, the parties' are to submit their respective versions to the court by Thursday, February 18, 2016 at 5:00 p.m.

3. The parties are to substantially reduce the number of exhibits and deposition excerpts

1

they intend offer or read. The reduced lists are to be submitted no later than Thursday, February18, 2016 at 5:00 p.m. along with any objections thereto.

4. Each party is to provide the other party with 48 hours advance notice of any exhibit it plans to offer except those being used for impeachment only and 48 hours' notice of when it intends to call a particular witness.

5. The parties are to have exhausted settlement discussions preferably with a neutral third-party mediator or magistrate judge by February 22, 2016.

Dated: February 16, 2016

*Ronald M. Whyte*
Ronald M. Whyte
Senior District Judge

Question on Hardship

This trial is set to begin tomorrow (February 23, 2016). You will complete the juror questionnaires today and will be excused for the rest of the day unless you claim that service on the jury will constitute an extreme hardship for you. If you do claim a hardship, you need to remain in the jury room until the court rules on your request to be excused as a result of your hardship claim. If you do not claim a hardship or your hardship request is denied, you will return at 8:30 a.m. on February 23, 2016 for the completion of jury selection and the start of trial. The normal trial schedule will be 1:00 p.m. - 5:00 p.m. on Mondays and 8:30 a.m. - 1:30 p.m. on Tuesday through Friday. However, the court will not be in session for this trial on Fridays unless a Friday date is necessary to insure timely completion of the parties' presentations. The court may also not be in session on March 3, but this is not certain at this time. The trial schedule has been designed to assist jurors in carrying on their normal activities during the trial and to allow the court to conduct its other business during the trial. It is anticipated that presentation of evidence and closing arguments will be completed by March 11, 2016 with deliberations to start thereafter. After the case is submitted to the jury for its deliberations, the jury will be free to deliberate for full day(s) (8:30 a.m. to 5 p.m.) until a verdict is reached.

Jury service is a civic obligation all of us have but one that you will find interesting, satisfying and educational. Jury service is also essential to our system of justice. Therefore, it is important that you recognize the importance of, and need for, your service. However, the law does permit the court to excuse or defer jury service if service would constitute an extreme hardship. Can you serve as a juror for the period of this case without extreme hardship?

YES _____        NO _____

If the answer is NO, please explain your hardship in detail (if you have an extreme hardship but fail to fully explain it here, you will not be able to have your hardship considered at a later time). Please remain in the jury room until the court has ruled on your hardship request.

_____

_____

_____

_____

_____