MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD. and RADWARE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant. | CASE NO.  5:13-cv-022024 RMW<br><br>**PLAINTIFFS RADWARE, LTD.'S AND RADWARE, INC.'S REQUEST AND [PROPOSED] ORDER ALLOWING EQUIPMENT INTO COURTROOM**<br><br>Trial Date: February 22, 2016<br>Time: 8:30 a.m.<br>Judge: Hon. Ronald M. Whyte<br>Location: Ctrm 6, 4th Floor |

Plaintiffs Radware, LTD. and Radware, Inc. (collectively, "Radware") respectfully request permission for an order allowing equipment to be brought into the courtroom of the Honorable Judge Ronald M. Whyte for trial in the above-referenced case on February 22, 2016 at 8:30 a.m. Specifically, Radware requests permission to bring:

1. Laptops for the Radware team
2. Laptop power supplies for the Radware team
3. 1 x 1 to 2 vga DA
4. 1 x 1 to 6 VGA switch
5. 2 x Audio switches
6. Various computer and audio cables
7. 7 HP L1940 19" LCD display
8. 1 DA-LITE projector stand w/skirt
9. 3 VGA 25' cable
10. 1 ELMO TT-02Rx visual presenter
11. 2 DA-LITE projector stand w/skirt
12. 2 6' Tech table w/skirt
13. 1 EXTRON Dist Amp - VGA 1 to 2
14. 1 EXTRON Dist Amp - VGA 1 to 8
15. 2 EXTRON 6 to 1 VGA switcher 60-259-22
16. 2 DI Box ¼" to XLR - IMP2
17. 2 JBL 140 Watt 10" speaker w/amp
18. 2 SHURE Single WIFI Mic/Rec Kit 1 HH 1 Lav
19. 2 MACKIE 1202 Mixer (4) XLR (8)1/4"
20. 2 Ultimate speaker stand (short)
21. 2 PANASONIC PTVZ575N 4800 Lum HD projector
22. 4 Binder carts
23. 6 Extension cord 25'
24. 6 Power strip 6 outlet

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

REQUEST AND [PROPOSED] ORDER
ALLOWING EQUIPMENT INTO CTRM
CASE No. 5:13-CV-02024 RMW

1   25.   1 4'ft Tech table

2   26.   1 2'ft Tech table

3   27.   1 Small HP portable printer

4   28.   2 Ink cartridges

**UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Radware's request is GRANTED.  Radware is granted permission to bring all of the above into the courtroom for trial on February 22, 2016.

**IT IS SO ORDERED.**

Dated:  2/19/2016

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

- 2 -

REQUEST AND [PROPOSED] ORDER
ALLOWING EQUIPMENT INTO CTRM
CASE No. 5:13-CV-02024 RMW