Victoria Q. Smith, Cal Bar No. 236045
VSmith@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-838-4300 / Fax: 650-838-4350

Ramsey M. Al-Salam, Cal Bar No. 109506
RAlsalam@perkinscoie.com
Christina J. McCullough, Cal Bar No. 245944
CMcCullough@perkinscoie.com
Nathaniel E. Durrance, Cal Bar No. 229210
NDurrance@perkinscoie.com
Stevan R. Stark *(Admitted Pro Hac Vice)*
SStark@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000 / Fax: 206-359-9000

Daniel T. Keese, Cal Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Tel: 503-727-2000 / Fax: 503-727-2222

Attorneys for Defendant/Counterclaim-Plaintiff
F5 Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., and RADWARE, INC.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 5:13-CV-02024-RMW<br>(Related Case No. C-13-02021-RMW)<br><br>**DEFENDANT F5 NETWORKS, INC.'S REQUEST AND [PROPOSED] ORDER ALLOWING EQUIPMENT INTO COURTROOM**<br><br>Trial:   February 22, 2016<br>Time:   8:30 a.m.<br>Dept.:   Courtroom 6, 4th Floor<br>Judge:   Hon. Ronald M. Whyte |

Defendant and Counterclaim-Plaintiff F5 Networks, Inc. ("F5") respectfully request permission for an order allowing equipment to be brought into the courtroom and/or the assigned breakout rooms of the Honorable Judge Ronald M. Whyte for trial in the above-referenced case, beginning at 8:30 a.m. on February 22, 2016. Specifically, F5 requests permission to bring the following equipment for use as exhibits or persuasive aids:

1. Laptops for F5 team
2. Laptop power supplies for the F5 team
3. 1 computer docking station
4. 1 portable printer
5. 1 portable scanner
6. Various computer and audio cables
7. Binder Carts
8. 1 White Board
9. 1 Easel

UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that F5's request is GRANTED.  F5 is granted permission to bring the above-referenced prior art systems into the courtroom for the trial beginning on February 22, 2016.

IT IS SO ORDERED.

Dated:   2/22/2016

*Ronald M. Whyte*
Honorable Judge Ronald M. Whyte
United States District Judge