UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:13-cv-02024-RMW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 353 |

Now that the jury trial of Radware's claims has concluded, the parties have 21 days to submit a proposed schedule for F5's counterclaim case. Dkt. No. 353 at 2. The court will hold a case management conference on April 14, 2016 at 3:30 pm. Along with their scheduling proposal, the parties shall address whether they request that the court enter separate final judgments under Federal Rule of Civil Procedure 54(b) for Radware's claims and F5's counterclaims.

**IT IS SO ORDERED.**

Dated: March 15, 2016

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

5:13-cv-02024-RMW
ORDER SETTING CASE MANAGEMENT CONFERENCE
RS