McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD. and RADWARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:13-cv-02024 RMW<br><br>**PLAINTIFFS RADWARE, LTD.'S AND RADWARE, INC.'S REQUEST AND [PROPOSED] ORDER ALLOWING EQUIPMENT INTO COURTROOM**<br><br>Hrg Date:  May 13, 2016<br>Time:      9:00 a.m.<br>Judge:     Hon. Ronald M. Whyte<br>Location:  Ctrm 6, 4th Floor |

REQUEST AND [PROPOSED] ORDER
ALLOWING EQUIPMENT INTO CTRM
CASE NO. 5:13-CV-02024 RMW

1     Plaintiffs Radware, LTD. and Radware, Inc. (collectively, "Radware") respectfully request permission for an order allowing equipment to be brought into the courtroom of the Honorable Judge Ronald M. Whyte for motions hearing in the above-referenced case on May 13, 2016 at 9:00 a.m.  Specifically, Radware requests permission to bring a projector, laptop computer, and any additional necessary accessories into the courtroom.

    **UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Radware's request is GRANTED.  Radware is granted permission to bring a projector, laptop computer and necessary accessories into the courtroom for the hearing on May 13, 2016.

    **IT IS SO ORDERED.**

Dated:  5/12/2016



HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

REQUEST AND [PROPOSED] ORDER
ALLOWING EQUIPMENT INTO CTRM
CASE NO. 5:13-CV-02024 RMW