1    (Counsel for all parties listed on signature page)

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   RADWARE, LTD., and RADWARE, INC.,          Case No. 5:13-CV-02024-RMW
                                                (Related Case No. C-13-02021-RMW)
          Plaintiffs and Counterclaim
13        Defendants,

14        v.                                    **STIPULATION AND [~~PROPOSED~~] ORDER
                                                REGARDING MODIFICATION OF
15   F5 NETWORKS, INC.,                         BRIEFING SCHEDULE ON RADWARE'S
                                                MOTION FOR ACCOUNTING**
16        Defendant and Counterclaim
          Plaintiff.                            Dept.:      Courtroom 6, 4th Floor
17                                              Judge:      Hon. Ronald M. Whyte

18        IT IS HEREBY STIPULATED AND AGREED, by and between Defendant and

19   Counterclaim Plaintiff F5 Networks, Inc. ("F5") and Plaintiffs and Counterclaim Defendants

20   Radware Ltd. and Radware, Inc. ("Radware") that the deadline for F5 to file its Opposition to

21   Radware's Motion for Accounting should be extended by two days to July 27, 2016, and the

22   corresponding deadline for Radware to file its Reply in support of its Motion for Accounting

23   should be extended by two days to August 5, 2016, subject to approval of this Court in

24   consideration of the following facts:

25        WHEREAS, on July 11, 2016, Radware filed three motions, including a Motion for

26   Accounting, a Motion for Enhanced Damages and Attorneys' Fees, and a Motion for Permanent

27   Injunction.

28

1    WHEREAS, F5 is in need of a short extension of time to respond to Radware's Motion

2  for Accounting so that it can complete the necessary factual investigation and allow its damages

3  expert sufficient time to respond to the Declaration of James Malackowski, which Radware

4  submitted in support of its Motion for Accounting.

5    WHEREAS, the parties agree that a two-day extension of time for F5 to file its

6  Opposition, to be filed by July 27, 2016, is warranted.

7    WHEREAS, the parties agree that Radware should be granted a corresponding two-day

8  extension of time to file its Reply in support of its Motion for Accounting, to be filed by August

9  5, 2016.

10    WHEREAS, the undersigned counsel have conferred and agreed to stipulated as detailed

11  below.

12    NOW THEREFORE IT IS STIPULATED AND AGREED that the deadline for F5 to file

13  its Opposition to Radware's Motion for Accounting is extended to July 27, 2016, and the

14  deadline for Radware to file its Reply in support of its Motion for Accounting is extended to

15  August 5, 2016.

16    IT IS SO STIPULATED.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING EXTENSION OF TIME
CASE NO. 5:13-CV-02024 RMW

1

2    DATED:  July 25, 2016                           By:  */s/ Ramsey M. Al-Salam*
                                                          Ramsey M. Al-Salam, Cal Bar No. 109506
3                                                         RAlSalam@perkinscoie.com
                                                          Christina J. McCullough, Cal Bar No. 245944
4                                                         CMcCullough@perkinscoie.com
                                                          Stevan R. Stark *(Admitted Pro Hac Vice)*
5                                                         SStark@perkinscoie.com
                                                          PERKINS COIE LLP
6                                                         1201 Third Avenue, Suite 4900
                                                          Seattle, WA 98101
7                                                         Tel: 206-359-8000 / Fax: 206-359-9000

8
                                                          Victoria Q. Smith, Cal Bar No. 236045
9                                                         VSmith@perkinscoie.com
                                                          PERKINS COIE LLP
10                                                        3150 Porter Drive
                                                          Palo Alto, CA 94304-1212
11                                                        Tel: 650-838-4300 / Fax: 650-838-4350

12
                                                          Daniel T. Keese, Cal Bar No. 280683
13                                                        DKeese@perkinscoie.com
                                                          PERKINS COIE LLP
14                                                        1120 NW Couch Street, Tenth Floor
                                                          Portland, OR  97209-4128
15                                                        Tel: 503-727-2000 / Fax: 503-727-2222

16
                                                          Nathaniel E. Durrance,  Cal Bar No. 229210
17                                                        nate@newmanlaw.com
                                                          NEWMAN DU WORS LLP
18                                                        2101 Fourth Avenue, Suite 1500
                                                          Seattle, WA 98121
19                                                        Tel: 206-274-2800 / Fax: 206-274-2801

20
                                                          *Attorneys for Defendant/Counterclaim-Plaintiff*
21                                                        *F5 Networks, Inc.*

22

23

24

25

26

27

28

- 3 -

STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING EXTENSION OF TIME
CASE NO. 5:13-CV-02024 RMW

1    DATED:  July 25, 2016                    Respectfully submitted,

2                                             McDERMOTT WILL & EMERY LLP

3                                             By:  */s/ Fabio E. Marino*

4                                                  Fabio E. Marino (SBN 183825)
                                                   fmarino@mwe.com
5                                                  A. Marisa Chun (SBN 160351)
                                                   mchun@mwe.com
6                                                  L. Kieran Kieckhefer (SBN 251978)
                                                   Kkieckhefer@mwe.com
7                                                  Nitin Gambhir (SBN 259906)
                                                   ngambhir@mwe.com
8                                                  Barrington Dyer (SBN 264762)
                                                   bdyer@mwe.com
9                                                  Teri H.P. Nguyen (SBN 267498)
                                                   thpnguyen@mwe.com
10                                                 Lucas H. Dahlin (SBN 305732)
                                                   ldahlin@mwe.com
11                                                 McDERMOTT WILL & EMERY LLP
                                                   275 Middlefield Road, Suite 100
12                                                 Menlo Park, CA 94025-4004
                                                   Telephone: 650 815 7400
13                                                 Facsimile: 650 815 7401
14
                                                   Jon Stuart Dean  (SBN 184972)
15                                                 jdean@mwe.com
                                                   McDERMOTT WILL & EMERY LLP
16                                                 2049 Century Park East, Suite 3800
                                                   Los Angeles, CA 90067
17                                                 Telephone: 310 277 4110
                                                   Facsimile:  310 277 4730
18
                                                   *Attorneys for Plaintiffs Radware, Inc. and*
19                                                 *Radware, LTD*

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING EXTENSION OF TIME
CASE NO. 5:13-CV-02024 RMW

1

## **SIGNATURE ATTESTATION**

2

3          Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the

4   filing of this document from all the signatories for whom a signature is indicated by a

5   "conformed" signature (/s/) within this e-filed document and I have on file records to support this

6   concurrence for subsequent production for the Court if so ordered or for inspection upon request.

7   DATED:  July 25, 2016                    */s/ Ramsey M. Al-Salam*
                                              Ramsey M. Al-Salam
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING EXTENSION OF TIME
CASE NO. 5:13-CV-02024 RMW

1

**<u>ORDER</u>**

2

      PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, IT IS SO

3

ORDERED.

4

5

Dated: July 25, 2016

6

7

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING EXTENSION OF TIME
CASE NO. 5:13-CV-02024 RMW

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on July 25, 2016, I caused copies of the foregoing document to be
served in the manner indicated below to the following counsel of record:

4    **VIA ECF**

5    Fabio Marino
     Marisa Chun
6    Kieran Kieckhefer
     Nitin Gambhir
7    Barrington Dyer
     Teri H.P. Nguyen
8    Lucas Dahlin
     McDermott Will & Emery, LLP
9    275 Middlefield Road, Suite 100
     Menlo Park, CA 94025-4004
10   F5-RadwareService@mwe.com

11

12   *Attorneys for Plaintiffs and Counterclaim*
     *Defendants Radware, Ltd. and Radware, Inc.*

13
                                                */s/ Ramsey M. Al-Salam*
14                                              Ramsey M. Al-Salam

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                STIPULATION AND ~~PROPOSED~~ ORDER
                          - 7 -                  REGARDING EXTENSION OF TIME
                                                CASE NO. 5:13-CV-02024 RMW