1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

RADWARE, LTD., et al.,

Plaintiffs,

13

v.

14

F5 NETWORKS, INC.,

15

Defendant.

16

17

Case No.  5:13-cv-02024-RMW

**OMNIBUS ORDER REGARDING MOTIONS TO SEAL**

Re: Dkt. Nos. 263, 274, 277, 283, 289, 290, 296, 302, 304, 310, 313, 323, 329, 330, 331, 361, 363, 366, 368, 376, 378, 389, 394, 396, 398, 401, 409, 413, 414, 443, 445, 448, 450, 504, 580, 581, 592, 596

18

19

Before the court are several administrative motions to seal. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)). Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point." *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure. *Id.* at 1178-79. Because the public's interest in

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1   non-dispositive motions is relatively low, a party seeking to seal a document attached to a non-

2   dispositive motion need only demonstrate "good cause." *Pintos v. Pac. Creditors Ass'n*, 605 F.3d

3   665, 678 (9th Cir. 2010).

4          A protective order sealing the documents during discovery may reflect the court's previous

5   determination that good cause exists to keep the documents sealed, *see Kamakana*, 447 F.3d at

6   1179-80, but a blanket protective order that allows the parties to designate confidential documents

7   does not provide sufficient judicial scrutiny to determine whether each particular document should

8   remain sealed. *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that

9   allows a party to designate certain documents as confidential is not sufficient to establish that a

10  document, or portions thereof, are sealable.").

11         In addition to making particularized showings of compelling reasons or good cause, parties

12  moving to seal documents must comply with the procedures established by Civ. L.R. 79-5.

13  Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes

14  the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to

15  protection under the law." "The request must be narrowly tailored to seek sealing only of sealable

16  material, and must conform with Civil L.R. 79-5(d)." Civ. L.R. 79-5(b) (requiring the submitting

17  party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which

18  "lists in table format each document or portion thereof that is sought to be sealed," and an

19  "unredacted version of the document" that indicates "by highlighting or other clear method, the

20  portions of the document that have been omitted from the redacted version."). "Within 4 days of

21  the filing of the Administrative Motion to File Under Seal, the Designating Party must file a

22  declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material

23  is sealable." Civ. L.R. 79-5(e)(1).

24         With these standards in mind, the courts rules on the instant motions as follows.

25  //

26  //

27  //

28
2

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 263 | Radware Motion for Leave to File Motion for Reconsideration (263-4) | DENIED. | Contains no confidential information. Radware publicly revealed content of survey in Dkt. No. 205 at 23-24. *See* Dkt. No. 292 at 5. |
| 263 | Exhibit A: Malackowski Rep. Excerpts (263-6) | GRANTED. | Narrowly tailored to confidential business information. |
| 263 | Exhibit B: Rubin Rep. Excerpts (263-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 263 | Exhibit C: Alexander Dep. Excerpts (263-8) | DENIED. | Not narrowly tailored to confidential business information. |
| 263 | Exhibit D: Stamm Dep. Excerpts (263-9) | DENIED. | Contains no confidential information. |
| 274 | Motion for Reconsideration re Lost Profits (274-4) | DENIED as to proposed redactions at 7:27-8:8; 9:21-25; 10:11-17; 11:12-14; 11:24-12:1.<br><br>GRANTED as to remaining proposed redactions (highlights). | Radware publicly revealed content of survey in Dkt. No. 205 at 23-24. *See* Dkt. No. 292 at 5.<br><br>Remaining proposed redactions are narrowly tailored to confidential business information. |
| 274 | Malackowski Decl. ISO Motion for Reconsideration (274-5) | GRANTED. | Narrowly tailored to confidential business information. |
| 274 | Marino Decl. Ex. A: Malackowski Rep. (274-17) | GRANTED. | Narrowly tailored to confidential business information. |
| 274 | Marino Decl. Ex. B: Stamm Rep. Excerpts (274-18) | GRANTED. | Narrowly tailored to confidential business information. |
| 274 | Marino Decl. Ex. C: Moshe Dep. Excerpts (274-19) | GRANTED. | Narrowly tailored to confidential business information. |
| 274 | Marino Decl. Ex. H: F5 Internal Document (F5 062427) (274-20) | GRANTED. | Narrowly tailored to confidential business information. |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 277 | F5 Renewed Motion for Summary Judgment of Non-Infringement (277-2) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 277 | Declaration of Peter M. Thornewell ISO F5's Renewed Motion (277-3) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 277 | Keese Dec. Ex. 1: Thornewell Dep. Excerpts (277-4) | GRANTED. | Narrowly tailored to confidential business information. |
| 283 | F5's Opposition to Radware's Motion for Reconsideration (283-4) | DENIED as to proposed redactions at 5:25-6:2; 7 n.3.<br><br>GRANTED as to remaining proposed redactions (highlights). | Radware publicly revealed content of survey in Dkt. No. 205 at 23-24. *See* Dkt. No. 292 at 5.<br><br>Remaining proposed redactions are narrowly tailored to confidential business information. |
| 289 | Radware's Opposition to F5's Renewed MSJ (289-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 289 | Ex. 1: Thornewell Dep. Excerpts (289-6) | GRANTED. | Narrowly tailored to confidential business information. |
| 289 | Ex. 2: F5 Source Code F5N_SC_00002499-2506 (289-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 289 | Ex. 3: F5 Source Code F5N_SC_00002487-2498 (289-8) | GRANTED. | Narrowly tailored to confidential business information. |
| 289 | Ex. 7: F5 Source Code F5N_SC_00002620-2634 (289-12) | GRANTED. | Narrowly tailored to confidential business information. |
| 290 | Radware's Reply in Support of Motion for Reconsideration (290-4) | DENIED as to proposed redactions at i; 3:15-16; 13:1-10.<br><br>GRANTED as to remaining proposed redactions (highlights). | Radware publicly revealed content of survey in Dkt. No. 205 at 23-24. *See* Dkt. No. 292 at 5.<br><br>Remaining proposed redactions are narrowly tailored to confidential business information. |

United States District Court
Northern District of California

4

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 296 | Rubin Declaration (296-1) | GRANTED. | Narrowly tailored to confidential business information. |
| 302 | F5 Reply ISO Renewed Motion for Summary Judgment (302-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 302 | Thornewell Decl. ISO Reply (302-6) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 302 | Brewer Decl. ISO Reply (302-8) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 302 | Brewer Decl. Ex. 1: Spreadsheet (302-10) | GRANTED. | Narrowly tailored to confidential business information. |
| 304 | Radware Motion for Leave to File Surreply (304-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 304 | Radware Surreply Regarding Summary Judgment (304-6) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 304 | Supplemental Rubin Decl. (304-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 310 and 329 | Stamm Rep. - Versions of 204-27 with Radware's proposed redactions highlighted (310-3) and F5's proposed redactions highlighted (329-28) | GRANTED as to the proposed redactions to Stamm Report. Radware shall prepare and file in the public docket a version of the report with the redactions that both parties submitted. | Narrowly tailored to confidential business information. |
| 313 | F5 Response to Radware Mot. to File Surreply (313-2) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 323 | Malackowski Depo. Excerpts (Radware Proposed Redactions to 204-31) (323-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 329 | Radware's MSJ of Infringement (179-4) | GRANTED as to proposed redactions at Dkt. No. 329-3. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 7: F5 email (179-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 8: Needham deposition (179-8) | GRANTED as to proposed redactions at Dkt. No. 329-4. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 14: F5 email (179-13) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 15: Needham email (179-14) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 16: Needham email (179-15) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 17: F5 email (179-16) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 19: Thornewell deposition (179-18) | GRANTED as to proposed redactions at Dkt. No. 329-5. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 25: Masters deposition (179-20) | GRANTED as to proposed redactions at Dkt. No. 329-6. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 28: F5 interrogatory response (179-23) | GRANTED as to proposed redactions at Dkt. No. 329-7. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 1 to the Rubin Declaration (179-26) | GRANTED as to proposed redactions at Dkt. No. 329-8. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 10: Malackowski Rep. Excerpts (185-3) | GRANTED as to proposed redactions at Dkt. No. 329-9. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit A: Alexander Deposition (200-6) | GRANTED as to proposed redactions at Dkt. No. 329-10. | Narrowly tailored to confidential business information. |
| 329 | Portions of Radware Opposition to F5 MSJ Invalidity (202-4) | GRANTED as to proposed redactions at Dkt. No. 329-11. | Narrowly tailored to confidential business information. |
| 329 | Portions of Radware's Opposition to F5's MSJ on Damages (204-4) | GRANTED as to proposed redactions at Dkt. No. 329-12 . | Narrowly tailored to confidential business information. |
| 329 | Exhibit 9: Skene email (204-10) | GRANTED. | Narrowly tailored to confidential business information. |

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS

United States District Court
Northern District of California

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 329 | Portions of Exhibit 10: Campa Depo. (204-11) | GRANTED as to proposed redactions at Dkt. No. 329-13. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 11: Campa email (204-12) | GRANTED as to proposed redactions at Dkt. No. 329-14. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 12: Campa email (204-16) | GRANTED as to proposed redactions at Dkt. No. 329-15. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 13: Campa email (204-17) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 15: F5 Interrogatory responses (204-19) | GRANTED as to proposed redactions at Dkt. No. 329-16. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 16: Campa letter (204-20) | GRANTED as to proposed redactions at Dkt. No. 329-17. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 18: Campa email (204-21) | GRANTED as to proposed redactions at Dkt. No. 329-18. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 19: Campa email (204-22) | GRANTED as to proposed redactions at Dkt. No. 329-19. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 20: Campa email (204-23) | GRANTED as to proposed redactions at Dkt. No. 329-20. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 23: F5 CAT email (204-24) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 28: Brewer Depo. (204-29) | GRANTED as to proposed redactions at Dkt. No. 329-21. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 31: Brewer email (204-32) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 33: Brewer email (204-34) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 34: Brewer email (204-35) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Exhibit 35: Brewer email (204-36) | GRANTED. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 36: Rubin depo. (204-37) | GRANTED as to proposed redactions at Dkt. No. 329-22. | Narrowly tailored to confidential business information. |

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 329 | Portions of Exhibit 40: Brain depo. (204-39) | GRANTED as to proposed redactions at Dkt. No. 329-23. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit H: Malackowski Report (206-9) | GRANTED as to proposed redactions at Dkt. No. 329-24. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 33: Alexander Dep. (210-7) | GRANTED as to proposed redactions at Dkt. No. 329-25. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 4: Brewer Depo. (215-11) | GRANTED as to proposed redactions at Dkt. No. 329-26. | Narrowly tailored to confidential business information. |
| 329 | Portions of Exhibit 3: Brewer Depo. (218-7) | GRANTED as to proposed redactions at Dkt. No. 329-27. | Narrowly tailored to confidential business information. |
| 330 | Radware 4th Supp. Resp. to F5 Interrogatories Set 1 (330-3) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 361 | F5's Motion in Limine No. 2 (361-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 363 | F5's Motion in Limine No. 3 (363-4) | DENIED | No supporting declaration filed by Radware. |
| 363 | Rubin Dep. Excerpts (Ex. 3 to F5's Motion in Limine No. 3) (363-6) | DENIED | No supporting declaration filed by Radware. |
| 366 | Ex. B to Nguyen Decl.: Respondent Details for TechValidate Survey (366-2) | GRANTED. | Narrowly tailored to confidential business information. |
| 368 | Mot. in Limine No. 4 (368-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 368 | Ex. 1 to Mot. in Limine No. 4: Malackowski Dep. Excerpts (368-5) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 376 | Radware Daubert Motions (376-4) | GRANTED as to proposed redactions at 5:5-18 and 15:14-23.<br><br>Otherwise DENIED. | F5's supporting declaration only requested confidential treatment for redactions at 5:5-18 and 15:14-23, Dkt. No. 386 at 4, and the court finds that these proposed redactions are narrowly tailored to confidential business information. |
| 376 | Ex. 1: Alexander Dep. Excerpts (376-6) | GRANTED. | Narrowly tailored to confidential business information. |
| 376 | Ex. 2: Email from F5 to Radware Counsel (376-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 376 | Ex. 3: Stamm Dep. Excerpts (376-8) | GRANTED. | Narrowly tailored to confidential business information. |
| 376 | Ex. 4: Brain Dep. Excerpts (376-9) | GRANTED. | Narrowly tailored to confidential business information. |
| 376 | Ex. 5: Brill Dep. Excerpts (376-10) | GRANTED. | Narrowly tailored to confidential business information. |
| 378 | Radware Mot. in Limine 1-8 (378-4) | GRANTED as to proposed redactions at 3:18, 3:21-23, 12:3-5, 13:26-28, 15:16-23.<br><br>Otherwise DENIED. | F5's supporting declaration only requested confidential treatment for redactions at 3:18, 3:21-23, 12:3-5, 13:26-28, 15:16-23, Dkt. No. 386 at 5, and the court finds that these proposed redactions are narrowly tailored to confidential business information. |
| 378 | Radware Mot. in Limine 9-16 (378-6) | GRANTED as to proposed redactions at 3:21-23 and 3:25-26.<br><br>Otherwise DENIED. | F5's supporting declaration only requested confidential treatment for redactions at 3:21-23 and 3:25-26, Dkt. No. 386 at 5, and the court finds that these proposed redactions are narrowly tailored to confidential business information. |
| 378 | Ex. 2: Darwin Dep. Excerpts (378-9) | DENIED. | No supporting declaration filed by F5. |

United States District Court
Northern District of California

9

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 378 | Ex. 3: Thornewell Dep. Excerpts (378-10) | GRANTED. | Narrowly tailored to confidential business information. |
| 378 | Ex. 4: Skene Dep. Excerpts (378-11) | DENIED. | No supporting declaration filed by F5. |
| 378 | Ex. 5: Malackowski Dep. Excerpts (378-12) | GRANTED. | Narrowly tailored to confidential business information. |
| 378 | Ex. 6: Melton Dep. Excerpts (378-13) | GRANTED. | Narrowly tailored to confidential business information. |
| 378 | Ex. 7: Delgadillo Dep. Excerpts (2014) (378-14) | DENIED. | No supporting declaration filed. |
| 378 | Ex. 8: Delgadillo Dep. Excerpts (2012) (378-15) | DENIED. | No supporting declaration filed. |
| 389 | F5 Response to Radware Daubert / Motions in Limine (389-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 394 | F5 Reply. In Support of Mot. in Limine No. 1 (394-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 396 | F5's Opp. to Plaintiffs' Motions In Limine Nos. 9-16 (396-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 398 | F5's Opp. to Plaintiffs' Motions In Limine Nos. 1-8 (398-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 401 | Radware's Opposition to F5's MIL No. 2 (401-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 401 | Radware's Opposition to F5's MIL No. 4 (401-6) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 401 | Radware's Opposition to F5's MIL No. 8 (401-10) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 413 | Radware's Opposition to F5's MIL Nos. 5-7 (Corrected copy) (413-2) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 414 | Radware Surreply in Opposition to F5 MIL 1 (414-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 414 | Ex. 2: F5's responses to Gartner's Vendor Questionnaire (414-5) | GRANTED. | Narrowly tailored to confidential business information. |
| 414 | Ex. 3: three F5 white papers and a screenshot from F5's website (414-6) | GRANTED. | Narrowly tailored to confidential business information. |
| 414 | Ex. 4: F5's internal presentation, bearing production numbers 13-02024_F5N_014212 (414-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 414 | Ex. 5: Underlying data to the TechValidate survey (414-8) | GRANTED. | Narrowly tailored to confidential business information. |
| 443 | F5 Supplemental Brief Regarding Lost Profits Issues (443-4) | GRANTED as to proposed redactions at 12:12-13.  Otherwise, DENIED. | Content at 12:12-13 is narrowly tailored to F5 confidential business information.  No supporting declaration filed by Radware. Material was publicly disclosed in other filings. |
| 445 | Radware Supplemental Briefing Per Feb. 5, 2016 Order (445-3) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 445 | Ex. A: Malackowski Dep. Excerpts (445-5) | GRANTED. | Narrowly tailored to confidential business information. |
| 445 | Ex. B: Malackowski Rep. Ex. 3.1 (445-6) | GRANTED. | Narrowly tailored to confidential business information. |
| 445 | Ex. C: Malackowski Rep. Ex. 4.3.2 (445-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 448 | F5 Motion for Summary Judgment of Non-Infringement (448-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |

11

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 450 | Radware's Motion for Summary Judgment of Infringement of Second Hotfix Products (450-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 504 | F5 Motion to Exclude Radware's Improper Damages Claims (504-4) | GRANTED as to proposed redactions (highlights). | Narrowly tailored to confidential business information. |
| 504 | Ex. A: (504-6) | GRANTED. | Narrowly tailored to confidential business information. |
| 504 | Ex. B: (504-8) | GRANTED. | Narrowly tailored to confidential business information. |
| 504 | Ex. C: (504-10) | GRANTED. | Narrowly tailored to confidential business information. |
| 580 | Radware Mot. for Enhanced Damages & Attorney Fees (580-3) | DENIED | Attorney fee amounts are not confidential in connection with a motion for fees.[1]<br><br>Trial Exhibits cited on pages 12-13 were displayed in open court, and F5 filed no supporting declaration in support of sealing. |
| 581 | Nguyen Decl. Ex. A: Letter from Radware to F5 (581-5) | GRANTED. | Narrowly tailored to confidential business information. |
| 581 | James Malackowski's Declaration In Support of Radware's Motion for Accounting (581-7) | GRANTED. | Narrowly tailored to confidential business information. |
| 592 | F5 Opposition to Motion for Enhanced Damages & Attorney Fees (592-4) | DENIED. | No supporting declaration filed by Radware. |

---

[1] *Ferrington v. McAfee, Inc.*, No. 10-CV-01455-LHK, 2013 WL 3814474, at *2 (N.D. Cal. July 22, 2013) ("The Court is not persuaded that Pochis' counsel's billing records are sealable under either the good cause or the compelling reason standard."); *Linex Techs., Inc. v. Hewlett-Packard Co.*, No. C 13-159 CW, 2014 WL 6901744, at *1 (N.D. Cal. Dec. 8, 2014) ("It is commonplace for the number of hours billed and the hourly rate of attorneys to be openly filed on court dockets; without this information the final fees award appears to be drawn from thin air.").

12

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS

| Motion to Seal | Document to be Sealed | Ruling | Reason/Explanation |
|---|---|---|---|
| 592 | Peles Deposition Excerpts (Al-Salam Declaration Ex. A) (592-6) | DENIED. | No supporting declaration filed by Radware. |
| 592 | Declaration of Chris Schmidt (592-8) | GRANTED as to proposed redactions (yellow highlights). | Narrowly tailored to confidential business information. |
| 596 | F5 Opposition to Radware's Motion for Accounting (596-3) | GRANTED as to proposed redactions (yellow highlights). | Narrowly tailored to confidential business information. |
| 596 | Declaration of Laura B. Stamm (596-5) | GRANTED. | Narrowly tailored to confidential business information. |

Radware's motions to remove incorrectly filed documents, Dkt. Nos. 331 & 409, are

GRANTED. Docket entries 321-3, 401-7, and 404 shall be removed as requested.

All denials are without prejudice. The parties shall file, within 21 days, (1) versions of

documents with only the redactions approved by this order or (2) revised sealing motions for the

court's consideration addressing the court's reasons for denial discussed above. Failure to comply

with this order will result in the clerk unsealing the documents listed above for which a motion to

seal has been denied.

**IT IS SO ORDERED.**

Dated: September 12, 2016

_____
Ronald M. Whyte
United States District Judge

5:13-cv-02024-RMW
OMNIBUS ORDER REGARDING MOTIONS TO SEAL
RS